# EXHIBIT E



# Bill of Sale

Dated  6/28/2021

## EQUIPMENT
### INFINITE BLOCKCHAIN MINER

CUSTOM MINING SERVER SETUP
HIGH-GRADE ALUMINUM CASING
CPU RACKS WITH MULTIVARIATE OUTPUTS – MULTIPLE NODES
SHA 256 MICROPROCESSORS
FIELD-PROGRAMMABLE GATE ARRAY (FPGA)
500 MIN. APPLICATION SPECIFIC INTEGRATED CIRCUIT CHIPS
COMPUTER CONTROLLED FANS FOR COOLING AND HEAT DISSIPATION
PCI SLOTS
POWER ADAPTERS
REDUNDANT TRANSFER DEVICES
INCOMING POWER MANAGEMENT CONTROLLERS
VARIABLE INLINE CAPACITORS
CUSTOMIZED POWER MANAGED CONNECTING CABLES
PROPRIETARY MANAGED DASHBOARD SYNC UP
CONNECTIONS FOR MONITORS
CUSTOM FIRMWARE FOR END USER INTERFACE, WALLET AND POOL MGMT
THERMAL LOAD MANAGEMENT SOFTWARE
PROPRIETARY COOLING SOLUTION SOFTWARE
METERING AND MONITORING CHIP EFFICIENCY SOFTWARE
PROPRIETARY MINING FARM SOFTWARE
PROPRIETARY MULTI-SOFTWARE SYNC LICENSE

## CUSTOMER NUMBER
NFN8-0309-21934-202119-072024

| Serial Numbers | Serial Numbers | Serial Numbers | Serial Numbers |
|---|---|---|---|
| NGSB68BBJABBC0777 | NGSB67ABJABAG5873 | NGSB67ABJABJB4999 | NGSB67ABJABAG5061 |
| NGSB68BBJABBC1027 | NGSB67ABJABAG5845 | NGSB67ABJABAG5083 | NGSB67ABJABJB4772 |
| NGSB68BBJABBC0681 | NGSB67ABJABJB3483 | NGSB67ABJABAG5079 | NGSB67ABJABAG5102 |
| NGSB68BBJAAJF4083 | NGSB67ABJABAG5824 | NGSB67ABJABAG5098 | NGSB67ABJABAG5105 |
| NGSB68BBJAABG1150 | NGSB67ABJABAG5869 | NGSB67ABJABJB4912 | NGSB67ABJABAG5080 |
| NGSB67ABJABJB4836 | NGSB67ABJABJB4878 | NGSB67ABJABAG5033 | NGSB67ABJABJB4926 |
| NGSB67ABJABAG5815 | NGSB67ABJABJB3417 | NGSB67ABJABJB4932 | NGSB67ABJABJB4765 |
| NGSB67ABJABJB4988 | NGSB67ABJABJB4883 | NGSB67ABJABAG6285 | NGSB67ABJABJB4987 |
| NGSB67ABJABAG5867 | NGSB67ABJABAG5894 | NGSB67ABJABJB4892 | NGSB67ABJABAG5599 |
| NGSB67ABJABAG5831 | NGSB67ABJABAG5862 | NGSB67ABJABAG5891 | NGSB67ABJABJB4960 |
| NGSB67ABJABAG5056 | NGSB67ABJABAG5874 | NGSB67ABJABAG5380 | NGSB67ABJABAG6282 |
| NGSB67ABJABAG5060 | NGSB67ABJABAG5057 | NGSB67ABJABJB4931 | NGSB67ABJABAG5899 |
| NGSB67ABJABAG5868 | NGSB67ABJABAG5575 | NGSB67ABJABJB4935 | NGSB67ABJABAG5898 |
| NGSB67ABJABAG6277 | NGSB67ABJABJB4982 | NGSB67ABJABJB4927 | NGSB67ABJABJB4934 |
| NGSB67ABJABAG5063 | NGSB67ABJABAG5081 | NGSB67ABJABJB4949 | NGSB67ABJABJB4835 |
| NGSB67ABJABAG5410 | NGSB67ABJABAG5100 | NGSB67ABJABAG5029 | NGSB67ABJABJB4877 |
| NGSB67ABJABAG5062 | NGSB67ABJABJB2293 | NGSB67ABJABAG5932 | NGSB67ABJABAG5785 |

| | | |
|---|---|---|
| **Sales Price** | $ | 1,020,000.00 |
| **Amount Paid** | $ | 1,020,000.00 |
| **Amount Due** | $ | - |

Sold to:
Mobile-Med Work Health Solutions
Justin Lo
2101 Forest Ave #220
San Jose, CA 95128
(650) 280-0816
justin@justinlomd.com

Thank you for your business!