# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **MOBILE MED WORK HEALTH SOLUTIONS, INC.;**<br>**JLL VENTURES, INC.; and**<br>**M-M WHS LLC**<br><br><br>*Plaintiffs,*<br><br>**v.-**<br><br><br>**JOSHUA MOORE; CORY RODRIGUEZ NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC**<br><br>*Defendants.* | Case No. 1:24-cv-1219<br><br>Judge: |

# DECLARATION OF PAUL J. STANCIL
# IN SUPPORT OF
# PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER

1. I am an attorney with Steptoe, L.L.P. I represent Plaintiffs in the above-captioned matter.
2. I make this declaration upon my own personal knowledge.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: NFN8 Group, Inc. marketing brochure titled "Digital Asset Mining Equipment-Equipment Purchase & Buyback Program" (2023 version) (downloaded from https://nfn8.com/wp-content/uploads/NFN8Group_Brochure-2023-web.pdf on October 9, 2024).

Exhibit B: Bankruptcy Petition of Joshua Moore and Rebecca Kitzmiller-Moore, No. 16-10005-tmd (W.D. Tex. BK) (obtained from CM/ECF)

Exhibit C: Order for Summary Dismissal of Case, No.16-10005-tmd (W.D. Tex. BK) (obtained from CM/ECF)

Exhibit D: Bankruptcy Petition of Joshua Moore and Rebecca Kitzmiller-Moore, No. 16-11027-tmd (W.D. Tex. BK) (obtained from CM/ECF) (September 2, 2016)

Exhibit E: Chapter 13 Trustee's Motion to Dismiss and Notice of Opportunity of Hearing, No. 16-11027-tmd (W.D. Tex. BK) (March 14, 2017)

Exhibit F: Order Granting Trustee's Motion to Dismiss Case for Failure to Make Plan Payments, No.16-11027-tmd (W.D. Tex. BK) (obtained from CM/ECF) (June 15, 2017)

Exhibit G: Bankruptcy Petition of Joshua Moore and Rebecca Kitzmiller-Moore, No. 17-11094-tmd (W.D. Tex. BK) (obtained from CM/ECF) (September 1, 2017)

Exhibit H: Screenshot of Docket Sheet noting disposition as "Discharge Withheld for Failure to Submit Cert of Instructional Courts for Personal Financial Mgmt" No. 17-11094-tmd (W.D. Tex. BK) (obtained from CM/ECF) (December 19, 2017)

Exhibit I: Bankruptcy Petition of Joshua Moore and Rebecca Kitzmiller-Moore, No. 18-10395-hcm (W.D. Tex. BK) (obtained from CM/ECF) (April 2, 2018)

Exhibit J: Chapter 13 Trustee's Objection to Confirmation, No. 18-10395-hcm (W.D. Tex. BK) (obtained from CM/ECF) (June 26, 2018)

Exhibit K: Trustee's Statement Pursuant to 11 U.S.C. Section 1302(c), No. 18-10395-hcm (W.D. Tex. BK) (obtained from CM/ECF) (July 17, 2018)

Exhibit L: Order Denying Confirmation of Chapter 13 Plan and Dismissing Case, No. 18-10395-hcm (W.D. Tex. BK) (obtained from CM/ECF) (July 19, 2018)

| | |
|---|---|
| Exhibit M: | Screenshots of State of Nevada SilverFlume Business Portal pages detailing NFN8 entities and status (downloaded on October 9, 2024) |
| Exhibit N: | Email from Defendants' counsel to Plaintiffs' counsel identifying Defendants' claimed expenditures on miners (August 27, 2024) |
| Exhibit O: | Email from Defendants' counsel to Plaintiffs' counsel identifying Defendants' claimed number of miners owned (August 30, 2024) |
| Exhibit P: | Screenshots from Defendants' affiliated BlockOverstock.com website (https://blockoverstock.com) (downloaded on October 9, 2024) |
| Exhibit Q: | Temporary Restraining Order dated September 25, 2014 and Preliminary Injunction dated November 26, 2014, *A.T.N. Indus., Inc. v. Gross*, No. 4:14-CV-02743 (S.D. Tex 2014) (obtained from CM/ECF) |

My name is Paul J. Stancil. My date of birth is May 25, 1971. My office address is 717 Texas, Suite 2800, Houston, Texas 77002. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas, on October 10, 2024.

_____
Paul J. Stancil