# EXHIBIT A

# NFN8 GROUP INC

## Leveraging the Evolution of Money

# DIGITAL ASSET MINING EQUIPMENT

# EQUIPMENT PURCHASE & BUYBACK PROGRAM

**DISCLAIMER:** The material presented in this brochure is provided solely for educational and informational purposes, without any express or implied warranty of any kind, including warranties of accuracy, completeness, or fitness for any particular purpose. This brochure is not a solicitation of any kind. It does not constitute an offer to sell, a solicitation of an offer to buy, or a recommendation of any security, equipment, or any other product or service by NFN8 Media LLC, CryptoTech Holdings LLC, NFN8 Group, Inc., or any other affiliate or third party regardless of whether such security, product or service is referenced herein. An offer to buy or sell a security must be made by an offering document. Furthermore, nothing in this brochure is intended to provide business, financial planning, accounting, tax, legal, or investment advice. The information presented should not be construed as a recommendation to buy, sell, or hold any investment, security, equipment, or product, or to engage in any purchase or investment strategy or transaction with anyone. **You are solely responsible for determining whether any purchase, equipment purchase, lease, leaseback, or related transaction is appropriate for you, based on your personal financial objectives, financial condition, and risk tolerance. There are serious financial risks to owning the equipment described in this brochure. You could lose some or all of your money. You must consult your business advisor, attorney, or tax and accounting advisor regarding your specific business, legal, or tax situation. You are using any or all the information contained on this brochure at your own risk.** This brochure is provided "as-is" and we have no duty or obligation to update or supplement this information.

# ABOUT THIS BROCHURE

This brochure describes a simple Equipment Purchase & Buyback Program. However, since our business is in the new financial technology arena known as Blockchain and in the creation of Digital Assets, we wanted to present a very conversational style discussion to deliver valuable information. We do understand some individuals like to read about company philosophy, and some like to get right to the specifics of an opportunity. For a broad overview, keep reading. To get right to the specifics **go to page 6**.



# MONEY

Money as a medium of exchange has been around for thousands of years. It has evolved from shells, stones, and sheep to tally sticks and paper chits. We've seen paper currency backed by precious metals transition into government-printed paper backed by nothing at all. More recently, the most ubiquitous form of money is digital - pieces of plastic with chips baked into them - called credit cards. However, no matter what form money takes, there are some historical truths about money:

1. Money is not "the root of all evil."

2. Money is portable power.

3. Money is a medium of exchange that eliminates inefficiencies in trade.

4. Money is a store of value that allows for transactions to be conducted easily over differing periods of time and over long distances.



©Copyright NFN8 Group INC, 2023    13809 Research Blvd, Suite 785 Austin, TX 78750    info@nfn8.com • 877.422.4994

However, there is one essential constant about money. That constant is: Money has value. Money's value comes down to trust. Money is only worth anything if the person who receives it believes that it is. That's why in the United States, it's easy to buy a burger, fries, and a coke using a thin green piece of paper with the number 10 on it, along with a picture of Alexander Hamilton. That's because McDonalds, Burger King, and all the other hamburger sellers believe the green paper, called a ten-dollar bill, has a value. They trust it as they should. The paper is backed by the full faith and credit of the government of the United States of America.



That green paper, along with all other world currencies, is regulated, centralized, issued by the government, and managed by banks. Most transactions around the money involve fees paid to middlemen whether they are bankers, traders, credit card issuers, brokers, advisers, stock and bond firms, commodity sellers, regulators, or insurers.

This system keeps things moving smoothly and provides backup, security, and comfort. It's the way this has worked in the United States and the rest of the world for many decades. Recently, we have seen an addition to the global financial system, called digital assets. When we published the Rev 1 of this brochure, the market cap of digital assets was Fifty Billion Dollars. Rev 2 saw an increase to Two Hundred and Fifty Billion Dollars. As we publish the brochure today, the market cap is over Two Trillion dollars. So, what was once cutting-edge and novel, is now reaching maturity and broad marketplace acceptance. It means that trust in this asset class has occurred. Tens of millions of people and institutions are making digital asset transactions daily. They trust in them. Every major corporation and bank is now involved in digital assets and the technology behind it, called the Blockchain. A few of these companies include Microsoft, Bank of America, Grayscale, Goldman Sachs, Bloomberg, Fidelity, American Express, JP Morgan, and Walmart. Today the big players are all in. PayPal, Visa, Master Card, Venmo, Microsoft, and AT&T are just a few of the brands that have embraced this new form of money. It is worthy to note that both Goldman Sachs and Michael Bloomberg have stated digital assets is a valid new class.

©Copyright NFN8 Group INC, 2023        13809 Research Blvd, Suite 785 Austin, TX 78750        info@nfn8.com • 877.422.4994

And yes, you can buy your coffee at Starbucks, groceries at Whole Foods, makeup at Nordstrom, a sandwich at Subway, purchase a new toilet at Lowes, and pay taxes in many states with digital assets. These are just a few of the thousands of merchants that already accept this newer form of digital money. We are way beyond trust. This new programmable money is in play right now. Here is the big difference between this new form of money and paper currency, credit cards, and commodities like gold:

1. This new money is created by specialized computers called miners.

2. There are no middlemen - no bankers, brokers, who add fees. There is no central authority. The money is decentralized. It can work peer to peer – person to person – or business to business. It operates on a completely different system using mathematics to validate and monitor transactions.

## MONEY FROM MATHEMATICS AND CRYPTOGRAPHY

As most everyone has come to understand, the new digital currency is created by solving complex mathematical equations. The mathematical work is done by specialized computers that run on a platform called the Blockchain. Once created, these digital assets do not rely on a central bank, monetary authority, or government for regulation. It does rely on a virtual ledger. The virtual ledger is the Blockchain platform. This digital ledger confirms the legitimate transfer of money from one owner to another. Everything involved in the transaction, the Blockchain ledger, the transfers, and the ownership, are all digital, decentralized, and encrypted. These facts mean the ownership is very secure while remaining anonymous.



©Copyright NFN8 Group INC, 2023    13809 Research Blvd, Suite 785 Austin, TX 78750    info@nfn8.com • 877.422.4994

Since the digital assets invention in October 2008 by Satoshi Nakamoto, it has become an ever-increasing part of the worldwide financial landscape. That is because the underlying technology that fuels all Digital Assets, as well as the Blockchain, is quite evolutionary. Every name brand corporation is embracing this platform. This technology is now being used in applications that include authenticating elections, proving academic credentials, securing everything that has gone digital such as music and film, transmitting top-secret documents, timing crop harvests, tracking food deliveries, keeping corporate information secure, managing complex supply chain infrastructure, predicting weather, fires, population trends, and so much more that would fill ten brochures such as this. It is important to note that Blockchain technology is being implemented in every kind of business arrangement by creating "smart contracts." These contracts are not written on paper. They are written into the code of the money itself, resulting in programmable money.

For example, all the terms and conditions for the release of funds from one party can be programmed into the money. This fact eliminates the need for third parties to managed transactions between individuals. No escrows, refund policy rules, or verifications are needed. They are all programmed into the actual medium of exchange.  Using these complex mathematical algorithms saves time and money. They are highly efficient, ensure privacy, and are an absolute game-changer of how the "transactional" world works.

## NFN8 GROUP, INC.

The Founders of NFN8 understood the promise of money created from complex mathematics and sophisticated computer systems. In 2017, the Company was started by three guys in a garage with a clear vision of the future of Blockchain and Digital Assets. They put together a few computers in shipping containers and began experimenting. All this activity was housed in a garage located in Pflugerville, Texas. They knew they were on to a technological breakthrough but didn't know they would be pioneers in what would become part of the backbone of a multi-trillion-dollar global monetary system. They grew the business with their own money, never diluting with investors or taking on debt.



©Copyright NFN8 Group INC, 2023      13809 Research Blvd, Suite 785 Austin, TX 78750      info@nfn8.com • 877.422.4994







### Josh Moore
**C E O**
*Partner*

### Steven Greene
**Executive Vice President**
*Partner*

### Cory Rodriguez
**C O O**
*Partner*

The NFN8 business process uses specialized computers to mine (create) a product. That product is digital assets. Digital Assets are money. These Digital Assets are then hedged against entire digital asset markets, leveraging up the value of what has been mined. The Company's proprietary hedging system is designed to hold short term and thrive in bear markets with intense volatility, as well as profit in an upward trending market.

Another reason for NFN8's meteoric upswing is the way they have strategically planned for consistent growth. This privately held Company grows by using an innovative Equipment Purchase & Buyback Program that assures NFN8 does not get diluted or assume debt.

# INSIGHTS INTO VOLATILE MARKETS

Digital Assets is a natural evolution of our existing worldwide financial infrastructure. Historically, each time a change occurs to the way money is created, moved, traded, and transacted; there are periods of volatility. That is the natural and normal way markets regulate themselves.
**NFN8 GROUP** has been through every volatile cycle. We anticipate them, plan for them, and take advantage of them for ourselves and our clients. We have prospered. Others have not. That is also to be expected. A shaking out of those companies who are less skilled or adaptable is not a bad thing. That is exactly what occurs as markets mature.



©Copyright NFN8 Group INC, 2023     13809 Research Blvd, Suite 785 Austin, TX 78750     info@nfn8.com • 877.422.4994

It is important to remember we are **NOT IN THE CRYPTOCURRENCY ACCUMULATION BUSINESS**. We do not manufacture and hold Bitcoins or other Digital Assets. We create those assets and hedge them, turning them into cash to purchase more manufacturing equipment. The downturns have worked for us. We have purchased equipment at deep discounts because others did not have a solid plan for volatility and were forced to sell. Our trading platform is another hedge against down markets. We trade spikes not trends. Spikes occur in both up and down trends. We take advantage of them.

The facts are:



- **NFN8 GROUP** has been cash flowing, revenue producing and profitable when Bitcoin was $6,700.00 --- $14,000.00 --- $30,000.00 --- $55,000.00. In other words, our system has thrived in all market conditions.

- **NFN8 GROUP** has prospered in the worst worldwide pandemic in a century.

- **NFN8 GROUP** has grown during every period of volatility.

- **NFN8 GROUP** is vibrant, moving forward, and growing today.

## HERE IS HOW IT WORKS FOR NFN8 CLIENTS

An NFN8 client buys and owns the same specified computer equipment that the Company owns and uses. The client buys the computer system, receives a bill of sale, equipment list, and serial numbers. NFN8 procures and assembles the equipment, then loads it with software and places it in the largest and most cutting-edge U.S.-based, secure data center facility, right alongside the Company-owned equipment. The data center operators and NFN8 have strategic alliance facility partnerships that allows for optimum access, security, maintenance, best electricity rates, and control of all Company-owned and client equipment.

©Copyright NFN8 Group INC, 2023        13809 Research Blvd, Suite 785 Austin, TX 78750        info@nfn8.com • 877.422.4994

The same day the equipment is purchased by the client, the Company executes a buyback program. The client owns 100% of his/her equipment and receives a contracted, specified dollar amount in the form of an income payment by ACH into their bank account. At the end of the program, the Mining Farms are repurchased for the same price initially paid. The unique concept allows NFN8 to grow without dilution or debt while giving individuals a chance to get involved in the Blockchain and Digital Asset space with a transaction that manages the risk while delivering a significant upside in the form of consistent cash flow.



## SUMMARY

**Here is what we do.**

1. Procure, assemble, warehouse, maintain, insure, and operate cutting-edge, state of the art digital asset mining equipment.

2. Use proprietary software to operate equipment efficiently and effectively.

3. Hedge what we mine to leverage up the value of our mining computers output.

**Here is what our clients receive.**

1. A purchase agreement.

2. The client pays a one-time purchase price for the NFN8 proprietary computer system called a MINING FARM.

3. This Mining Farm package includes all computer equipment, chips, boards, processors, video cards, power supplies, software, assembly, transport, testing, maintenance, power, operation, data center warehousing, care, monitoring maintenance, insurance and updating for the life of the equipment.

4. A bill of sale for the Mining Farm. ID numbers. Update notifications as needed.

5. A buyback agreement for the Mining Farm stating a fixed income payment for the term of the program with a repurchase clause.

6. The program gives the client consistent, reliable, predictable cash flow over a fixed time frame.

©Copyright NFN8 Group INC, 2023      13809 Research Blvd, Suite 785 Austin, TX 78750      info@nfn8.com • 877.422.4994

Today, NFN8 GROUP is a multimillion-dollar, multistate, Digital-Asset creation organization... that operates a cutting-edge business... mining digital-assets at an institutional scale. The Company has evolved into a multifaceted corporation with several profit center components. To date, NFN8 has demonstrated stability with a consistent flow of revenue and profits in an industry that has exhibited a degree of volatility. NFN8 purchasers include individuals, Corporations, Family Trusts, and institutional entities of all kinds. These purchasers are financially sophisticated, accredited investors.

Imagine a technology group that uses dedicated computer systems, math, science, and specialized knowledge to create Digital-Assets for less than the spot market price and then leverages those assets by hedging against volatility to balance its portfolio; you would begin to understand the wise approach the Company uses to operate effectively. One thing that makes NFN8 Group so different is, they don't start with "money," they start with specialized computer mining machines!



**AT THIS TIME, NFN8 GROUP OFFERS PROGRAMS**

**PAYING**

**9%**

to

**21%**

**Annualized PAID MONTHLY**

OUR BANK

YOUR BANK

Direct Deposit



BITCOIN**NEWS**

Cryptocurrencies: Crypto Market Cap Surpasses **$2 Trillion** After Doubling This Year



**BITCOIN** MAGAZINE

Research Reveals Bitcoin Consumes **Less Than Half The Energy** Of Banking Or Gold Industries

**Bloomberg**

Square CEO Says *"Bitcoin Changes Everything for the Better"*

©Copyright NFN8 Group INC, 2023        13809 Research Blvd, Suite 785 Austin, TX 78750        info@nfn8.com • 877.422.4994

# THAT'S WHY THE INDUSTRY, THE PRESS, AND THE PUBLIC AGREE

If you are interested in Blockchain, Digital Assets, Revenues, and Profits:

**NFN8 GROUP** is a company that helped invent a new industry.

**NFN8 GROUP** is a company that continues to lead that industry.

**NFN8 GROUP** is a company that continues to blaze a trail to consistent success.

**NFN8 GROUP** is a company you have to know more about.

Because **NFN8 Group** has consistently lived up to its mission of delivering winning opportunities in the form of predictable and reliable cash flow to all of their clients.



## WHAT TO DO NEXT

**For more details, answers to questions links to:**

*Websites, TV Appearances, Press, Buyback Program Schedules, and more go to:*

**www.nfn8.com**  or call  **877-422-4994**