# EXHIBIT C



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 28, 2016.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**
_____

#### UNITED STATES BANKRUPTCY COURT
#### WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                                        CASE NO.    16-10005-TMD

    JOSHUA EUGENE MOORE
    REBECCA LYNN KITZMILLER-MOORE

    DEBTORS                                         CHAPTER 13

#### ORDER FOR SUMMARY DISMISSAL OF CASE

    Pursuant to the Standing Order for Case Administration for this Division, the Trustee's signature here below certifies that this case should be summarily dismissed because the Debtor(s) failed to:

1.    **X**    Timely file a Plan and/or Schedules;
2.    _____    Attend the scheduled First Meeting of Creditors;
3.    _____    Remain current on plan payments under the Debtor(s)' Confirmed Plan;
4.    _____    Comply with the provisions of a previously filed order;
5.    _____    Failure to file pay advices pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

    IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED** that this Chapter 13 case be, and the same hereby is, **DISMISSED.**

    IT IS FURTHER **ORDERED** that the Trustee be discharged and relieved of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

                                           # # #

I certify that the above facts are true,

/s/     Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX  78704-6640
(512) 912-0305