# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                                    CASE NO.16-11027-TMD

**JOSHUA EUGENE MOORE**
**REBECCA LYNN KITZMILLER-MOORE**

**DEBTORS**                                     **CHAPTER 13**

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**
**AND NOTICE OF OPPORTUNITY OF HEARING**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, no hearing will be held and the relief requested in the motion will be granted without a hearing being held. A timely response is necessary for a hearing to be held.**

**If you file a timely response, a hearing will be held on the motion on June 13, 2017 AT 1:00 PM AT U.S. BANKRUPTCY COURTROOM 1, 903 SAN JACINTO, THIRD FLOOR, AUSTIN, TX 78701.**

    Deborah B. Langehennig, the Chapter 13 Trustee in this case, states that the Debtors are in material default in the amount of **$13,800.00** as of March 15, 2017 per the confirmed plan filed by the Debtors on November 8, 2016, and that the payments made by or for the Debtors have not been made as proposed. Please note that the default figure noted above may include the current month's plan payment.

    A copy of the Trustee's Report dated March 15, 2017 is attached. This report discloses that the Debtors are in material default of the payments proposed by the Debtors' plan, all without demonstrated justification.

    Wherefore, the Trustee moves that the subject case be dismissed and for such other further relief to which she may be entitled.

                                                         Respectfully submitted,

                                                         /s/ Deborah B. Langehennig

                                                         Deborah B. Langehennig
                                                         6201 Guadalupe Street

*Proposed order attached as exhibit                Austin, TX 78752

## RECEIPT HISTORY

| <ins>Date</ins> | <ins>Description</ins> | <ins>Amount</ins> |
|---|---|---|
| September 21, 2016 | EPAY RECEIPT | $4,000.00 |
| November 8, 2016 | EPAY RECEIPT | $4,000.00 |
| January 3, 2017 | EPAY RECEIPT | $6,900.00 |
| January 17, 2017 | EPAY RECEIPT | $6,900.00 |
| January 17, 2017 | EPAY NSF | ($6,900.00) |
| January 30, 2017 | CASHIER'S CHECK FROM DEBTOR | $6,900.00 |
| | **Total Receipts:** | **$21,800.00** |

# PAYMENT SCHEDULE BREAKDOWN

16-11027-TMD

Page 1 of

| Period | Date | Pmt Due | Pmt Rec | Pmt Total | Forgive Amount | Amount Due |
|---|---|---|---|---|---|---|
| 1 | 10/2016 | $4,000.00 | $4,000.00 | $4,000.00 | | $0.00 |
| 2 | 11/2016 | $4,000.00 | $4,000.00 | $8,000.00 | | $0.00 |
| 3 | 12/2016 | $6,900.00 | | $8,000.00 | | $6,900.00 |
| 4 | 01/2017 | $6,900.00 | $13,800.00 | $21,800.00 | | $0.00 |
| 5 | 02/2017 | $6,900.00 | | $21,800.00 | | $6,900.00 |
| 6 | 03/2017 | $6,900.00 | | $21,800.00 | | $13,800.00 |

**Total Delinquent Amount: $13,800.00**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE:                                                                  CASE NO     16-11027-TMD

**JOSHUA EUGENE MOORE**

**REBECCA LYNN KITZMILLER-MOORE**

**DEBTORS**

**Chapter 13**
**ORDER DISMISSING CHAPTER 13 CASE**

Came on to be heard by the Court in the above-captioned and numbered bankruptcy proceeding the *Trustee's Motion to Dismiss* filed herein by Deborah B. Langehennig, Chapter 13 Trustee. The Court, having reviewed the allegations contained in the *Motion*, has determined that the *Motion* should be, and hereby is, GRANTED. It is therefore;

**ORDERED, ADJUDGED AND DECREED** that this Chapter 13 case be, and the same hereby is, DISMISSED. It is further;

**ORDERED, ADJUDGED AND DECREED** that the Trustee be discharged and relieved of her trust and of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

###

Prepared by:
Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752