# EXHIBIT F



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 15, 2017.**

**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                                                    CASE NO.     16-11027-TMD

    JOSHUA EUGENE MOORE
    REBECCA LYNN KITZMILLER-MOORE

    DEBTORS                                                      CHAPTER 13

### ORDER DISMISSING CHAPTER 13 CASE

    Came on to be heard by the Court in the above-captioned and numbered bankruptcy proceeding the *Trustee's Motion to Dismiss* filed herein by Deborah B. Langehennig, Chapter 13 Trustee. The Court, having reviewed the allegations contained in the *Motion*, has determined that the *Motion* should be, and hereby is, GRANTED. It is therefore;

    **ORDERED, ADJUDGED AND DECREED** that this Chapter 13 case be, and the same hereby is, DISMISSED. It is further;

    **ORDERED, ADJUDGED AND DECREED** that the Trustee be discharged and relieved of her trust and of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

###

Prepared by:
Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX  78752