# EXHIBIT H

CM/ECF   Query   Reports   Utilities   Help   Log Out

**DEBTED, DEBTEDJT, CLOSED**

## U.S. Bankruptcy Court
## Western District of Texas (Austin)
## Bankruptcy Petition #: 17-11094-tmd

| | |
|---|---|
| *Assigned to:* Bankruptcy Judge Tony M. Davis | *Date filed:* 09/01/2017 |
| Chapter 7 | *Date terminated:* 12/19/2017 |
| Voluntary | *341 meeting:* 10/19/2017 |
| No asset | *Deadline for objecting to discharge:* 11/27/2017 |

*Debtor disposition:* Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt
*Joint debtor disposition:* Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt

| | |
|---|---|
| **Debtor**<br>**Joshua Eugene Moore**<br>13216 Greybull Trail<br>Austin, TX 78729<br>WILLIAMSON-TX<br>SSN / ITIN: xxx-xx-9053<br>*dba* Kitz & Moore, LLC<br>*dba* New Standard IRA | represented by **Elizabeth June Hickson**<br>Hickson Law, P.C.<br>4413 Spicewood Springs Road<br>Suite 216<br>Austin, TX 78759<br>512-346-8597<br>Email: lizhickson@hicksonlawpc.com |
| **Debtor**<br>**Rebecca Lynn Kitzmiller-Moore**<br>13216 Greybull Trail<br>Austin, TX 78729<br>WILLIAMSON-TX<br>SSN / ITIN: xxx-xx-1657 | represented by **Elizabeth June Hickson**<br>(See above for address) |

**Trustee**
**John Patrick Lowe**
2402 East Main Street
Uvalde, TX 78801
830-407-5115