# EXHIBIT K

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:
JOSHUA EUGENE MOORE, § CASE NO. 18-10395-HCM
REBECCA LYNN §
    KITZMILLER-MOORE, §
§
DEBTORS § CHAPTER 13

**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. SECTION 1302(c)**
**KITZ & MOORE, LLC**
**NEW STANDARD IRA**

    The Standing Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c):

1.     The business examination consisted of the review of the following documentation after the 341 meeting of creditors:
        a.     Statement of Affairs and Schedules  X .
        b.     Tax returns for the years  2017.
        c.     Evidence of insurance:  None provided.
                liability _____.
                property ____.
                worker's compensation _____.
                other _____.
        d.     Bank statements dated  None provided.
        e.     Business licenses, permits  None provided.

2.     The 341 meeting of creditors was held on  June 20, 2018.

3.     Nature of Debtor's business:
        a.     Retail ____.
        b.     Service (specify)  IRA Consulting, Data Mining.
        c.     Other ____.

4.     Debtor's business is:
        a.     Sole proprietorship  X.
        b.     Corporation _____.
        c.     Partnership _____.
        d.     Other (specify) _____.

5.     Debtor is:
        a.     Owner  X.
        b.     Partner _____.

  c.  Shareholder _____.

6. Years of operation of Debtor's business  12.

7. Number of employees (excluding Debtors)  0.

8. Statement of Financial Affairs Questions 1 -16 was complete.

9. Statement of Financial Affairs Questions 17 - 28 was not complete.

10. The following Schedules are complete:

|  | Complete | Incomplete |
|---|---|---|
| Schedule A | X | |
| Schedule B | | X |
| Schedule C | X | |
| Schedule D | X | |
| Schedule E | X | |
| Schedule F | X | |
| Schedule G | X | |
| Schedule H | X | |
| Schedule I | | X |
| Schedule J | X | |

11. All required State, Local and Federal tax returns have been filed.

12. All information requested by the Trustee was not provided.

13. Additional documents requested at the 341 meeting: Amended Plan, Schedule B, Statement of Financial Affairs, Bank Statements for all 4 businesses for 4-6 months prior to the filing of the bankruptcy case, and an update to Schedule I.

14. Debtor's primary business assets consist of  office equipment.

15. The total fair market value of the business as an ongoing concern is approximately $200 per Assets listed on Schedule B filed by the Debtors.

16. The debtor's average monthly gross receipts are $49,598.85 per the Profit and Loss Statements provided by the Debtor.

  DATED this  16th  day of  July, 2018.

               /s/ Deborah Langehennig
               Deborah B. Langehennig
               Chapter 13 Standing Trustee