# EXHIBIT L

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 19, 2018.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:
    JOSHUA EUGENE MOORE               CASE NO. 18-10395-HCM
    REBECCA LYNN KITZMILLER-MOORE
 DEBTOR(S)                                  CHAPTER 13

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND DISMISSING CASE

Came on to be heard on July 17th, 2018, in Austin, Texas, the Confirmation Hearing for the above-referenced case at which Deborah B. Langehennig, Chapter 13 Trustee, appeared in person.

The Court finds that confirmation is DENIED on the Chapter 13 Plan filed on April 16, 2018 and this case DISMISSED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Confirmation is DENIED on the Chapter 13 Plan filed on April 16, 2018.

IT IS FURTHER ORDERED that this Chapter 13 case be, and hereby is, DISMISSED.

IT IS FURTHER ORDERED that the Trustee be discharged and relieved of her trust and her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

###

Prepared by:

Deborah B. Langehennig, Chp. 13 Trustee
6201 Guadalupe Street
Austin, Texas 78752
(512) 912-0305
www.ch13austin.com

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**Bankruptcy Case No.:** 18–10395–hcm
**Chapter No.:** 13
**Judge:** H. Christopher Mott

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joshua Eugene Moore
dba Kitz & Moore, LLC, dba New Standard IRA
13216 Greybull Trail
Austin, TX 78729
**SSN/TAX ID:**
xxx–xx–9053

Rebecca Lynn
Kitzmiller–Moore
13216 Greybull Trail
Austin, TX 78729
**SSN/TAX ID:**
xxx–xx–1657

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **7/19/18**                    for Joint Debtor (if any) on **7/19/18**

Dated: 7/19/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]