# EXHIBIT M



# SEARCH RESULT



## Business Entity And Mark Search Result

| Name | Prior Name Match | Status | Compliance Hold | Filing Date | Type | NV Business ID | Entity Number | Mark Number | Actions |
|---|---|---|---|---|---|---|---|---|---|
| NFN8 Capital LLC | | Default | | 09/06/2023 | Domestic Limited-Liability Company (86) | NV20232883856 | E34612612023-3 | | Manage this Business |
| NFN8 Group, Inc. | | Active | | 11/27/2020 | Domestic Corporation (78) | NV20201952672 | E10651682020-2 | | Manage this Business |
| NFN8 Holdings LLC | | Active | | 08/07/2023 | Domestic Limited-Liability Company (86) | NV20232862636 | E33986552023-5 | | Manage this Business |
| NFN8 International, LLC | | Active | | 06/15/2021 | Domestic Limited-Liability Company (86) | NV20212137703 | E15384732021-0 | | Manage this Business |
| NFN8 Investments LLC | | Default | | 08/18/2023 | Domestic Limited-Liability Company (86) | NV20232871324 | E34215912023-9 | | Manage this Business |
| NFN8 VENTURES I LLC | | Active | | 02/08/2021 | Domestic Limited-Liability Company (86) | NV20212011677 | E12244242021-6 | | Manage this Business |
| NFN8 VENTURES II LLC | | Active | | 02/08/2021 | Domestic Limited-Liability Company (86) | NV20212011679 | E12244312021-4 | | Manage this Business |
| NFN8 Ventures III LLC | | Active | | 03/23/2021 | Domestic Limited-Liability Company (86) | NV20212049674 | E13277782021-4 | | Manage this Business |
| NFN8 Ventures IV LLC | | Active | | 04/23/2021 | Domestic Limited-Liability Company (86) | NV20212079129 | E14056942021-3 | | Manage this Business |

Page 1 of 1, records 1 to 9 of 9

Return To Search

# BUSINESS INFORMATION

## Entity Information

| | |
|---|---|
| **Entity Name:** NFN8 CAPITAL LLC | **Entity Number:** E34612612023-3 |
| **Entity Type:** Domestic Limited-Liability Company (86) | **Entity Status:** Default |
| **Formation Date:** 09/06/2023 | **NV Business ID:** NV20232883856 |
| **Termination Date:** | **Annual Report Due Date:** 9/30/2024 |
| **Compliance Hold:** | **Series LLC:** ☐   **Restricted LLC:** ☐ |

## Registered AGENT INFORMATION

| | |
|---|---|
| **Name of Individual or Legal Entity:** REGISTERED AGENT SOLUTIONS, INC.* | **Status:** Active |
| **CRA Agent Entity Type:** | **Registered Agent Type:** Commercial Registered Agent |
| **NV Business ID:** | **Office or Position:** |
| **Jurisdiction:** CALIFORNIA | |
| **Street Address:** 187 E WARM SPRINGS ROAD SUITE B, Las Vegas, NV, 89119, USA | |
| **Mailing Address:** | |