# EXHIBIT N

| | |
|---|---|
| **From:** | Gerry Miller |
| **To:** | John Durrant |
| **Cc:** | Josh Moore; Cory Rodriguez |
| **Subject:** | NFN8, LLC |
| **Date:** | Tuesday, August 27, 2024 6:35:12 AM |

John,

With respect to NFN8 and your client, Justin Lo, and as we discussed, we wish to provide you with a list of the company's assets as of this date. We make no representation as to the current value of the miners. In the event payments to your client have not resumed by the end of December, 2024, my client would be willing to enter into a mutually agreeable agreement based on the draft I sent you earlier which would provide your client a security interest in the assets of the company. The company currently has no debt secured by these miners.

**Miners By Year of Purchase:**

| Year | Amount |
|---|---|
| 2020 | $ 4,534,130.00 |
| 2021 | $ 17,344,316.60 |
| 2022 | $ 4,293,986.96 |
| 2023 | $ 461,496.00 |
| 2024 | $ 4,717,061.00 |
| | $ 31,350,990.56 |

**Additional Assets of the Company:**

Data Center Infrastructure (i.e. fans, transformers, wiring, panels, pdu's, racks, etc.)

Two company owned and operating mining facilities, each including eight modular data centers, on leased real estate but with options to purchase such sites
One company owned mining facility under a long term property lease with option to expand electrical capacity

Lowest electrical cost in the nation on company's mining facilities

Proprietary customer lists

Gerry Miller

Gerald Miller
Gerald M. Miller Ltd.
707 Skokie Blvd.
Suite 600
Northbrook, IL 60062
(312) 786-5107(office)
(847) 217-0857(cell)

Case 1:24-cv-01219-RP    Document 2-34    Filed 10/10/24    Page 3 of 3