# EXHIBIT P



Subscribe to our newsletter and receive exclusive alerts on inventory, pricing and more!



# Don't Buy Bitcoin.
## Mine It.

We provide overstock pricing of best-in-class cryptocurrency mining hardware while granting individuals exclusive access to institutional-scale hosting services at unbeatable costs. Satisfaction Guaranteed.

The Money's In The Mining



**The Block Overstock Difference**

# We Put Our Mining Where Our Mouth Is

Block Overstock is part of an institutional scale mining operation who is partnered with the biggest players in the game. Get the same benefits we do without the hassle.



## Overstock Savings

We bulk order top-in-class miners every month and receive lucrative deals through tenured relationships we've built over the years and pass those savings along to you.



## Private Mining Pools

We have access to private mining pools that the everyday individual doesn't. If you elect us to host your machine(s), you'll receive exclusive access to the same pools institutional miners use to maximize their earnings.



## Fast Time-To-Plug-In

Most of our competitors can take months (or longer) to get your units plugged in and hashing. Not us. Our average TTPI from your date of purchase is just 2-4 weeks!



## Hosting Cost

Large hosting facilities typically only work with large miners, leaving individuals in a scramble to be profitable on their own. You can set your machine up right alongside thousands of ours and other big institutions and receive the same price benefits we do. No one can offer the rates we can. *Mic Drop*



## Expert Service

We've been doing this a long time, and take pride not only in our quality of hosting services and hardware, but in our quality of customer service. Our mining experts top priority is to make sure you're successful and profitable.



## Knowledge Base

Block Overstock is an NFN8 Group, Inc. company and brings its years of experience being an institutional mining operation to the general public. Get exclusive access to our seminars and mining resources that'll help you excel your mining potential.

Contact Us







*About Us*

# Humble Beginnings. Institutional Scale Growth.



We are a family owned and operated business based in Austin, Texas, USA. Our parent company, NFN8 Group, Inc. is an institutional-scale cryptocurrency mining corporation that's been in operation since 2017. We started with miners in our garages and backyard sheds, graduated to shipping containers in a local warehouse, and now operate in partnership with one of the world's largest self-mining operations running over 10% of the Bitcoin blockchain network.

Our heart is still where we started as individual Bitcoin miners, seeking the promise of financial freedom and adventure Bitcoin offers. With that in mind, we have recently expanded our business model with Block Overstock to make institutional-scale mining available to individuals.

We believe in personal service. When you call us (or when we call you back), you'll be talking to an experienced US-based mining expert who can answer your questions, not some offshore call center that's going to run you through their script first.

So whether you're completely new to crypto, or have been at it a while and just figured out that the money's in the mining, or an experienced miner looking for the best prices on in-stock equipment and institutional-scale hosting, give us a call. We look forward to talking with you!



warehouse, and now operate in partnership with one of the world's largest self-mining operations running over 10% of the Bitcoin blockchain network.

Our heart is still where we started as individual Bitcoin miners, seeking the promise of financial freedom and adventure Bitcoin offers. With that in mind, we have recently expanded our business model with Block Overstock to make institutional-scale mining available to individuals.

We believe in personal service. When you call us (or when we call you back), you'll be talking to an experienced US-based mining expert who can answer your questions, not some offshore call center that's going to run you through their script first.

So whether you're completely new to crypto, or have been at it a while and just figured out that the money's in the mining, or an experienced miner looking for the best prices on in-stock equipment and institutional-scale hosting, give us a call. We look forward to talking with you!



## Quick Contact

**Austin, TX**   office@blockoverstock.com

**737-234-3973**   8 AM – 5 PM

Proudly powered by Gutenify and WordPress.

Follow Us :

Privacy Policy
Terms and Conditions

©Copyright NFN8 2023

**Website Disclaimer:**

The material presented on this website is for educational and informational purposes only, without any express or implied warranty of any kind, including warranties of accuracy, completeness, or fitness for any particular purpose. This website does not display and is not offering a solicitation of any kind. It does not constitute an offer to sell, a solicitation of an offer to buy, or a recommendation of any security, equipment, cryptocurrency or any other product or service by NFN8 Group Inc., NFN8 Media LLC, NFN8 Ventures', NFN8 International LLC, CryptoTech Holdings LLC, Inc., Block Overstock LLC, or any other entity or third party regardless of whether such security, product or service is referenced herein. An offer to buy or sell a security must be made by an offering document. Furthermore, nothing on this website is intended to provide business, financial planning, accounting, tax, legal, or investment advice. The information presented should not be construed as a recommendation to buy, sell, or hold any investment, security, equipment, or product, or to engage in any purchase or investment strategy or transaction with anyone. *You are solely responsible for determining whether any purchase, equipment purchase, lease, leaseback, investment, investment strategy, security, or related transaction is appropriate for you, based on your personal investment objectives, financial circumstances, and risk tolerance. There are serious financial risks to owning the equipment described on this website. You could lose some or all of your money. You must consult your business advisor, attorney, or tax and accounting advisor regarding your specific business, legal, or tax situation.* This website is provided "as-is" and we have no duty or obligation to update or supplement this information.

*You are using any or all the information contained in this website at your own risk.*

Please note this website has a PRIVACY POLICY and TERMS AND CONDITIONS clearly indicated. Please read them carefully. If you do not agree with either the PRIVACY POLICY or the TERMS AND CONDITIONS or both of them, *DO NOT USE THIS WEBSITE. NAVIGATE AWAY FROM IT.*



(the images below are of seasoned machines, still under warranty)


Bitmain Antminer S19 95 TH/s | 3250w


Bitmain Antminer S19j Pro 100-104 TH/s | 3100w


Bitmain Antminer S19 Pro 110 TH/s | 3250w

