## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MOBILE MED WORK HEALTH SOLUTIONS, INC.;** **JLL VENTURES, INC.; and** **M-M WHS LLC,** | § § § § § | |
| *Plaintiffs* | § § | **CASE NO. AU:24-CV-01219-RP** |
| **v.** | § § | |
| **JOSHUA MOORE; CORY RODRIGUEZ; NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC,** | § § § § § § § § | |
| *Defendants* | § § | |

## <u>STATUS REPORT</u>

During the October 11, 2024 telephonic hearing concerning this matter, the Court directed the Parties to confer regarding potential interim measures concerning the issues raised in Plaintiffs' October 10, 2024 Application for Temporary Restraining Order (Dkt. No. 2) and to report on whether any agreement could be reached.

The Parties conferred in good faith but were unable to reach an agreement.

Date:  October 11, 2024

Respectfully submitted,

STEPTOE LLP

*/s/Hector R. Chavez*
Hector R. Chavez
Texas State Bar No. 24078335
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Telephone (713) 221-2300
hchavez@steptoe.com

David Isaak
Texas State Bar No. 24012887
Pro Hac Vice Application Pending
Paul Stancil
Texas State Bar No. 00797488
Pro Hac Vice Application Pending
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Telephone (713) 221-2300
disaak@steptoe.com
pstancil@steptoe.com

Ashwin Ram
Pro Hac Vice Application Pending
California State Bar No. 277513
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
aram@steptoe.com

THE DURRANT LAW FIRM, APC

John S. Durrant
Pro Hac Vice Application Pending
California State Bar No. 217345
john@durrantlawfirm.com
2337 Roscomare Rd., Suite 2-180
Los Angeles, CA 90077
Telephone: (424) 273-1962

**COUNSEL FOR MOBILE MED WORK
HEALTH SOLUTIONS, INC.;
JLL VENTURES, INC.; AND
M-M WHS LLC**

-AND-

WINSTON STRAWN LLP

*/s/Christopher R.J. Pace*
Christopher R. J. Pace
Texas State Bar No. 00789534
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6565

**COUNSEL FOR JOSHUA MOORE; CORY
RODRIGUEZ; NFN8 GROUP, INC.;**

**NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I certify that on October 11, 2024, a true and correct copy of the foregoing document has been served via email to counsel for all parties.

_/s/ David Isaak_
David Isaak