UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MOBILE MED WORK HEALTH §
SOLUTIONS, INC., et al §
§
§     NO:   AU:24-CV-01219-RP
vs. §
§
Joshua Moore, et al §

O R D ER

**BE IT REMEMBERED** on  this  the  15th day of October, 2024, there was presented tothe Court the Motion for Admission *Pro Hac Vice* filed by Ashwin Ram, counsel for  JLL VENTURES, INC., M-M WHS LLC, MOBILE  MED  WORK HEALTH SOLUTIONS, INC. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and <u>Ashwin Ram</u> may appear on behalf of <u>JLL VENTURES, INC., M-M WHS LLC, MOBILE MED WORK HEALTH SOLUTIONS, INC.</u> in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 15th day of October, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE