UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MOBILE MED WORK HEALTH SOLUTIONS, INC., et al | § § § § § § | NO:  AU:24-CV-01219-RP |
| vs. | | |
| Joshua Moore, et al | | |

ORDER

**BE IT REMEMBERED** on  this  the  15th day of October, 2024, there was presented tothe Court the Motion for Admission *Pro Hac Vice* filed by Paul Stancil, counsel for  JLL VENTURES, INC., M-M WHS LLC, MOBILE MED WORK HEALTH SOLUTIONS, INC. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Paul Stancil may appear on behalf of JLL VENTURES, INC., M-M WHS LLC, MOBILE MED WORK HEALTH SOLUTIONS, INC. in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 15th day of October, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE