# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MOBILE MED WORK HEALTH SOLUTIONS, INC.; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSHUA MOORE; *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. 1:24-CV-01219-RP <br><br> **APPEARANCE OF COUNSEL** |

To:   Clerk of Court and all parties of record:

I am admitted to practice law in this Court, and I am making a special appearance in this case as counsel for defendants Joshua Moore; Cory Rodriguez; NFN8 Group, Inc.; NFN8 Holdings, LLC; NFN8 Capital, LLC; NFN8 Media, LLC (n/k/a NFN8 Capital, LLC); NFN8 Foundation; and CryptoTech Holdings, LLC (n/k/a NFN8 Holdings, LLC), subject to and without waiving defendants' rights to have this matter resolved through the arbitration process to which plaintiffs agreed in writing.[1]

| | |
|---|---|
| Dated: October 16, 2024 | Respectfully submitted, <br> */s/ Christopher R.J. Pace* <br> Christopher R.J. Pace <br> crjpace@winston.com <br> Texas State Bar No. 789534 <br> Winston & Strawn LLP <br> 2121 North Pearl Street, Suite 900 <br> Dallas, TX 75201 <br> Telephone: 214.453.6500 <br> Facsimile: 214.453.6400 <br><br> *Attorneys for Defendants* |

---

[1] CryptoTech Holdings, LLC has been merged into NFN8 Holdings, LLC, and NFN8 Media, LLC has been merged into NFN8 Capital, LLC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of October, 2024, I caused the foregoing document to be electronically filed using the CM/ECF system, which automatically sends notification of such filing to all counsel of record.

                                       */s/ Christopher R.J. Pace*
                                       Christopher R.J. Pace