IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MOBILE MED WORK HEALTH SOLUTIONS, INC.; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSHUA MOORE; *et al*.,<br><br>*Defendants*. | CIVIL ACTION NO. 1:24-CV-01219-RP<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants NFN8 Group, Inc. ("Group"), NFN8 Holdings, LLC ("Holdings"), NFN8 Capital, LLC (f/k/a NFN8 Media, LLC) ("Capital"), and NFN8 Foundation ("Foundation") identify the following: Holdings and Capital are owned by Group. Neither Group nor Foundation has a corporate parent. No publicly held corporation owns 10% or more of the stock of Group, Holdings, Capital or Foundation.

Dated: October 16, 2024

Respectfully submitted,

*/s/ Christopher R.J. Pace*
Christopher R.J. Pace
crjpace@winston.com
Texas State Bar No. 789534
Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Telephone: 214.453.6500
Facsimile: 214.453.6400

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of October, 2024, I caused the foregoing document to be electronically filed using the CM/ECF system, which automatically sends notification of such filing to all counsel of record.

                                                      */s/ Christopher R.J. Pace*
                                                      Christopher R.J. Pace