UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MOBILE MED WORK HEALTH SOLUTIONS, INC.;** **JLL VENTURES, INC.; and** **M-M WHS LLC,** <br><br> *Plaintiffs* <br><br> v. <br><br> **JOSHUA MOORE; CORY RODRIGUEZ; NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC,** <br><br> *Defendants* | § § § § § § § § § § § § § § § § § § <br><br> CASE NO. AU:24-CV-01219-RP |

**PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiffs Mobile Med Work Health Solutions, Inc. ("Mobile Med"), JLL Ventures, Inc. ("JLL"), and M-M WHS LLC ("M-M WHS"), hereby states as follows:

1.  Mobile Med has no parent corporations, and no publicly-owned company owns ten percent (10%) or more of its stock.

2.  JLL has no parent corporations, and no publicly-owned company owns ten percent (10%) or more of its stock.

3.  M-M WHS has no parent corporations, and no publicly-owned company owns ten percent (10%) or more of its stock.

Date: October 18, 2024                Respectfully submitted,

**STEPTOE LLP**

*/s/ David Isaak*
Hector R. Chavez
Texas State Bar No. 24078335
David Isaak
Texas State Bar No. 24012887
*Admitted Pro Hac Vice*
Paul Stancil
Texas State Bar No. 00797488
*Admitted Pro Hac Vice*
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Telephone (713) 221-2300
hchavez@steptoe.com
disaak@steptoe.com
pstancil@steptoe.com

Ashwin Ram
*Admitted Pro Hac Vice*
California State Bar No. 277513
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
aram@steptoe.com

**THE DURRANT LAW FIRM, APC**
John S. Durrant
*Admitted Pro Hac Vice*
California State Bar No. 217345
john@durrantlawfirm.com
2337 Roscomare Rd., Suite 2-180
Los Angeles, CA 90077
Telephone: (424) 273-1962

**COUNSEL FOR MOBILE MED WORK HEALTH SOLUTIONS, INC.; JLL VENTURES, INC.; AND M-M WHS LLC**

## CERTIFICATE OF SERVICE

I certify that on October 18, 2024, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

 */s/ David Isaak*
David Isaak