# EXHIBIT C

| | |
|---|---|
| **From:** | Pace, Chris |
| **To:** | Stancil, Paul; Isaak, David |
| **Cc:** | Ram, Ashwin; Stewart, Shontel; Saathoff, Austin E. |
| **Subject:** | [EXTERNAL] NFN8: Meet and Confer |
| **Date:** | Wednesday, October 23, 2024 1:09:36 AM |
| **Attachments:** | image003.png |
| | image005.png |
| | NFN8 - Defendants" Proposals for Expedited Discovery - 2024.10.23.pdf |

Per our meet and confer yesterday (Tuesday) afternoon and per your request, please see the attached written proposal on expedited discovery.  Thanks, Chris


**From:** Stancil, Paul <pstancil@steptoe.com>
**Sent:** Tuesday, October 22, 2024 3:34 PM
**To:** Pace, Chris <CRJPace@winston.com>; Isaak, David <disaak@steptoe.com>
**Cc:** Ram, Ashwin <aram@steptoe.com>; Stewart, Shontel <sstewart@steptoe.com>; Saathoff, Austin E. <ASaathoff@winston.com>
**Subject:** RE: NFN8: Meet and Confer

Chris:  We're checking availability on our end and will try to make it work; I'll get back to you as soon as I can with either a definitive "yes" or a different proposal.

**From:** Pace, Chris <CRJPace@winston.com>
**Sent:** Tuesday, October 22, 2024 3:12 PM
**To:** Isaak, David <disaak@steptoe.com>; Stancil, Paul <pstancil@steptoe.com>
**Cc:** Ram, Ashwin <aram@steptoe.com>; Stewart, Shontel <sstewart@steptoe.com>; Saathoff, Austin E. <ASaathoff@winston.com>
**Subject:** [EXTERNAL] NFN8: Meet and Confer


Can we talk at 4:30 Central today?  I will be out of the office, but I can dial in remotely.  Otherwise, I am flexible tomorrow morning.  Thanks, Chris


### Christopher R.J. Pace
**Partner**

Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201

D: +1 214-453-6565

M: +1 512-730-0001

F: +1 214-453-6400

VCard | Email | winston.com



**From:** Isaak, David <disaak@steptoe.com>
**Sent:** Tuesday, October 22, 2024 8:01 AM
**To:** Pace, Chris <CRJPace@winston.com>; Stancil, Paul <pstancil@steptoe.com>
**Cc:** Ram, Ashwin <aram@steptoe.com>; Stewart, Shontel <sstewart@steptoe.com>; Saathoff, Austin E. <ASaathoff@winston.com>
**Subject:** Re: Meet and Confer

I could rearrange some things and be available this afternoon. I would prefer to do this today to keep things moving and because tomorrow is not great for me.

**From:** Pace, Chris <CRJPace@winston.com>
**Sent:** Tuesday, October 22, 2024 2:33:21 AM
**To:** 'Isaak, David' <disaak@steptoe.com>; Stancil, Paul <pstancil@steptoe.com>
**Cc:** Ram, Ashwin <aram@steptoe.com>; Stewart, Shontel <sstewart@steptoe.com>; Saathoff, Austin E. <ASaathoff@winston.com>
**Subject:** [EXTERNAL] RE: Meet and Confer


Apologies for the delay; I was caught up on another matter.

We are meeting with our clients today (Tuesday).  We can schedule a meet and confer for Wednesday morning, or possibly Tuesday afternoon depending on the timing of our client call.

Thanks
Chris


**From:** Isaak, David <disaak@steptoe.com>
**Sent:** Monday, October 21, 2024 8:04 PM
**To:** Stancil, Paul <pstancil@steptoe.com>; Pace, Chris <CRJPace@winston.com>
**Cc:** Ram, Ashwin <aram@steptoe.com>; Stewart, Shontel <sstewart@steptoe.com>; Saathoff, Austin E. <ASaathoff@winston.com>
**Subject:** RE: Meet and Confer

Chris/Austin,

In advance of our next meet and confer, please see the attached revised list of information discovery requests. Please let us know if 11 am central will work for you for a conference.  Otherwise, Paul and I are available any time before 930 or between 11 and 130.

Best regards,

David

---

**From:** Isaak, David
**Sent:** Monday, October 21, 2024 6:01 PM
**To:** Stancil, Paul <pstancil@steptoe.com>; Pace, Chris <CRJPace@winston.com>
**Cc:** Ram, Ashwin <aram@steptoe.com>; Stewart, Shontel <sstewart@steptoe.com>; asaathoff@winston.com
**Subject:** RE: Meet and Confer

Chris/Austin,

Just following up on this.  It would be good to get this on the calendar for tomorrow.  Thanks.

---

**From:** Stancil, Paul <pstancil@steptoe.com>
**Sent:** Monday, October 21, 2024 2:34 PM
**To:** Pace, Chris <CRJPace@winston.com>
**Cc:** Ram, Ashwin <aram@steptoe.com>; Stewart, Shontel <sstewart@steptoe.com>; asaathoff@winston.com; Isaak, David <disaak@steptoe.com>
**Subject:** Meet and Confer

Counsel:  In light of the Court's ruling during today's status conference and both sides' stated desire to move the ball forward on this matter quickly, Plaintiffs propose that we meet and confer to determine whether the parties can agree to the scope of expedited discovery at 11:00 AM CT tomorrow.  Please advise.

Thanks,
Paul

**Paul Stancil**
Of Counsel

Steptoe LLP | 717 Texas Avenue Suite 2800 | Houston, TX 77002
+1 713 221 2321 direct | +1 217 778 5806 mobile | pstancil@steptoe.com | www.steptoe.com  | Steptoe Bio

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**Defendants' Proposal for Expedited Discovery—October 23, 2024**

**I.  Documents to be provided by Defendants:**

    **A.**  **Miners**: A spreadsheet compiling the following information for all miners under the control of one or more of the NFN8 entities:

        1.  Brand;

        2.  Model;

        3.  Serial Number;

        4.  Purchase price (or average purchase price if acquired in a bulk purchase);

        5.  Unit ownership status; and

        6.  Algorithm.

    **B.**  **Financial statements**:

        1.  Most current consolidated balance sheet and consolidated profit-and-loss statement for NFN8 Group and its affiliates.

        2.  Most current balance sheets and profit-and-loss statements for the other NFN8 entities to the extent those are maintained.

    **C.**  **Bank statements**: Copies of the most recent bank statements available for each of the NFN8 entities that has a bank account.

    **D.**  **Debts and other amounts owed**: Documentation for any outstanding loans or credit agreements of an NFN8 entity.

    **E.**  **Entity ownership:** Identification of current owners and their respective ownership percentages for each of the NFN8 entities.

    **F.**  **Accountants**: Identification of third-party accounting firm for the NFN8 entities.

    **G.**  **Hosting facilities and locations associated with cryptocurrency mining operations**:

        1.  Identification of each facility at which cryptocurrency mining systems are operating.

    2. As to each facility that is a third-party hosting location:
        i. The physical address;
        ii. The hosting charge (which covers the cost of electricity and the cost of the physical location); and
        iii. The hosting entity.
    3. As to each facility that is owned or leased by a NFN8 entity:
        i. The physical address;
        ii. The average or fixed cost for electricity paid by a NFN8 entity;
        iii. The electricity provider;
        iv. The lease cost; and
        v. The lessor.
    4. Applicable hosting agreement, leasing agreement and/or electricity provider agreement for each facility at which cryptocurrency mining systems are operating.

## II. **Documents to be provided by Plaintiffs:**

**Financial statements:** Most current balance sheets and profit-and-loss statements for the Plaintiff entities.

## III. **Depositions:**

    A. **Plaintiffs may take one deposition not to exceed three hours.**
- Deponent would be of either Joshua Moore or Cory Rodriguez, as selected by Defendants.
- Parties are discussing possibility of deposition being in the form of a Rule 30(b)(6) corporate representative deposition.

    B. **Defendants may take one deposition not to exceed two or three hours.**
- We need to discuss with our clients accepting a deposition shorter than the deposition Plaintiffs will be taking.
- Deponent would be Dr. Lo.
- We are also willing to discuss the possibility of this deposition being in the form of a Rule 30(b)(6) corporate representative deposition.