# EXHIBIT F

> The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
> The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)

**0001835470**

Previous Names  [X] None

Entity Type

[ ] Corporation
[ ] Limited Partnership
[X] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

Name of Issuer
**NFN8 Media, LLC**

Jurisdiction of Incorporation/Organization
**TEXAS**

Year of Incorporation/Organization
[X] Over Five Years Ago
[ ] Within Last Five Years (Specify Year)
[ ] Yet to Be Formed

---

## 2. Principal Place of Business and Contact Information

Name of Issuer
**NFN8 Media, LLC**

| Street Address 1 | Street Address 2 |
|---|---|
| **11615 ANGUS RAOD** | **SUITE 104C** |

| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
|---|---|---|---|
| **AUSTIN** | **TEXAS** | **78759** | **5129142611** |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| **Moore** | **Josh** | |

| Street Address 1 | Street Address 2 |
|---|---|
| **11615 Angus Rd** | **Ste 104C** |

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| **Austin** | **TEXAS** | **78729** |

Relationship: [X] Executive Officer [X] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| **Greene** | **Steven** | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
   [ ] Commercial Banking
   [ ] Insurance
   [ ] Investing
   [ ] Investment Banking
   [ ] Pooled Investment Fund

Health Care
   [ ] Biotechnology
   [ ] Health Insurance
   [ ] Hospitals & Physicians
   [ ] Pharmaceuticals
   [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology
   [X] Computers
   [ ] Telecommunications
   [ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☐ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not i, (ii) or (iii))

☒ Rule 504 (b)(1)(i)

☒ Rule 504 (b)(1)(ii)

☒ Rule 504 (b)(1)(iii)

☒ Rule 506(b)

☐ Rule 506(c)

☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)

☐ Section 3(c)(1)

☐ Section 3(c)(2)

☐ Section 3(c)(3)

☐ Section 3(c)(4)

☐ Section 3(c)(5)

☐ Section 3(c)(6)

☐ Section 3(c)(7)

☐ Section 3(c)(9)

☐ Section 3(c)(10)

☐ Section 3(c)(11)

☐ Section 3(c)(12)

☐ Section 3(c)(13)

☐ Section 3(c)(14)

## 7. Type of Filing

[X] New Notice    Date of First Sale 2020-11-27    [ ] First Sale Yet to Occur

[ ] Amendment

---

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?    [ ] Yes  [X] No

---

## 9. Type(s) of Securities Offered (select all that apply)

[ ] Equity

[ ] Debt

[ ] Option, Warrant or Other Right to Acquire Another Security

[ ] Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

[ ] Pooled Investment Fund Interests

[ ] Tenant-in-Common Securities

[ ] Mineral Property Securities

[X] Other (describe)

Sale Leaseback Contract

---

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    [ ] Yes  [X] No

Clarification of Response (if Necessary):

---

## 11. Minimum Investment

Minimum investment accepted from any outside investor $30,000 USD

---

## 12. Sales Compensation

Recipient

Randy Wright

Recipient CRD Number [X] None

None

(Associated) Broker or Dealer [X] None

None

(Associated) Broker or Dealer CRD Number [X] None

None

Street Address 1

401 Hwy 74 North

Street Address 2

City

Peachtree City

State/Province/Country

GEORGIA

ZIP/Postal Code

30269

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    [ ] All States    [ ] Foreign/non-US

| FLORIDA |
| GEORGIA |
| OREGON |

---

## 13. Offering and Sales Amounts

Total Offering Amount    $5,000,000 USD  or  [ ] Indefinite

Total Amount Sold    $660,000 USD

Total Remaining to be Sold  $4,340,000 USD  or  [ ] Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

☐  Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    3

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions    $0 USD ☐ Estimate

Finders' Fees $99,000 USD ☐ Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☒ Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|--------|-----------|----------------|-------|------|
| NFN8 Media, LLC | /s/ Josh Moore | Josh Moore | Manager | 2020-12-11 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM D

## Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

### 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names     [X] None

Entity Type

0001835470

[ ] Corporation

Name of Issuer

[ ] Limited Partnership

NFN8 Media, LLC

[X] Limited Liability Company

Jurisdiction of Incorporation/Organization

[ ] General Partnership

TEXAS

[ ] Business Trust

Year of Incorporation/Organization

[ ] Other (Specify)

[X] Over Five Years Ago

[ ] Within Last Five Years (Specify Year)

[ ] Yet to Be Formed

### 2. Principal Place of Business and Contact Information

Name of Issuer

NFN8 Media, LLC

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 11615 ANGUS RAOD | SUITE 104C | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78759 | 5129142611 |

### 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Josh | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [X] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
    [ ] Commercial Banking
    [ ] Insurance
    [ ] Investing
    [ ] Investment Banking
    [ ] Pooled Investment Fund

Health Care
    [ ] Biotechnology
    [ ] Health Insurance
    [ ] Hospitals & Physicians
    [ ] Pharmaceuticals
    [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology
    [X] Computers
    [ ] Telecommunications
    [ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☒ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not i, (ii) or (iii))
☒ Rule 504 (b)(1)(i)
☒ Rule 504 (b)(1)(ii)
☒ Rule 504 (b)(1)(iii)
☒ Rule 506(b)
☐ Rule 506(c)
☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)
☐ Section 3(c)(1)
☐ Section 3(c)(2)
☐ Section 3(c)(3)
☐ Section 3(c)(4)
☐ Section 3(c)(5)
☐ Section 3(c)(6)
☐ Section 3(c)(7)

☐ Section 3(c)(9)
☐ Section 3(c)(10)
☐ Section 3(c)(11)
☐ Section 3(c)(12)
☐ Section 3(c)(13)
☐ Section 3(c)(14)

## 7. Type of Filing

☐ New Notice   Date of First Sale 2020-11-27   ☐ First Sale Yet to Occur
☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?   ☐ Yes ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity
☐ Debt
☐ Option, Warrant or Other Right to Acquire Another Security
☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

☐ Pooled Investment Fund Interests
☐ Tenant-in-Common Securities
☐ Mineral Property Securities
☒ Other (describe)

Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?   ☐ Yes ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Randy Wright | None |

(Associated) Broker or Dealer ☒ None     (Associated) Broker or Dealer CRD Number ☒ None

None     None

| Street Address 1 | Street Address 2 |
|---|---|
| 401 Hwy 74 North | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Peachtree City | GEORGIA | 30269 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

| FLORIDA |
| GEORGIA |
| OREGON |

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Paul Campbell | None |

(Associated) Broker or Dealer ☒ None     (Associated) Broker or Dealer CRD Number ☒ None

None     None

| Street Address 1 | Street Address 2 |
|---|---|
| 414 South Pima Ave. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States ☐ All States    ☐ Foreign/non-US

INDIANA

---

## 13. Offering and Sales Amounts

Total Offering Amount    $5,000,000 USD   or ☐ Indefinite

Total Amount Sold        $690,000 USD

Total Remaining to be Sold  $4,310,000 USD   or ☐ Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:   4

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions    $0 USD ☐ Estimate

Finders' Fees $105,000 USD ☐ Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☒ Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents

for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 Media, LLC | /s/ Josh Moore | Josh Moore | Manager | 2020-12-30 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

## 1. Issuer's Identity

CIK (Filer ID Number)

0001835470

Previous Names  [X] None

Entity Type

[ ] Corporation
[ ] Limited Partnership
[X] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

Name of Issuer

NFN8 Media, LLC

Jurisdiction of Incorporation/Organization

TEXAS

Year of Incorporation/Organization

[X] Over Five Years Ago
[ ] Within Last Five Years (Specify Year)
[ ] Yet to Be Formed

## 2. Principal Place of Business and Contact Information

Name of Issuer

NFN8 Media, LLC

| Street Address 1 | Street Address 2 | | |
| --- | --- | --- | --- |
| 11615 ANGUS RAOD | SUITE 104C | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78759 | 5129142611 |

## 3. Related Persons

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| Moore | Josh | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer  [X] Director  [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
 [ ] Commercial Banking
 [ ] Insurance
 [ ] Investing
 [ ] Investment Banking
 [ ] Pooled Investment Fund

Health Care
 [ ] Biotechnology
 [ ] Health Insurance
 [ ] Hospitals & Physicians
 [ ] Pharmaceuticals
 [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology
 [X] Computers
 [ ] Telecommunications
 [ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes                ☐ No

☐ Other Banking & Financial Services

☐ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))
☒ Rule 504 (b)(1)(i)
☒ Rule 504 (b)(1)(ii)
☒ Rule 504 (b)(1)(iii)
☒ Rule 506(b)
☐ Rule 506(c)
☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)
☐ Section 3(c)(1)
☐ Section 3(c)(2)
☐ Section 3(c)(3)
☐ Section 3(c)(4)
☐ Section 3(c)(5)
☐ Section 3(c)(6)
☐ Section 3(c)(7)

☐ Section 3(c)(9)
☐ Section 3(c)(10)
☐ Section 3(c)(11)
☐ Section 3(c)(12)
☐ Section 3(c)(13)
☐ Section 3(c)(14)

## 7. Type of Filing

☐ New Notice   Date of First Sale 2020-11-27   ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?   ☐ Yes ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity

☐ Debt

☐ Option, Warrant or Other Right to Acquire Another Security

☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

☐ Pooled Investment Fund Interests

☐ Tenant-in-Common Securities

☐ Mineral Property Securities

☒ Other (describe)

Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?   ☐ Yes ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

Recipient

Randy Wright

(Associated) Broker or Dealer ☒ None

None

Street Address 1

401 Hwy 74 North

City

Peachtree City

Recipient CRD Number ☒ None

None

(Associated) Broker or Dealer CRD Number ☒ None

None

Street Address 2

State/Province/Country

GEORGIA

ZIP/Postal Code

30269

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

| FLORIDA |
| GEORGIA |
| OREGON |

---

Recipient

Paul Campbell

(Associated) Broker or Dealer ☒ None

None

Street Address 1

414 South Pima Ave.

Recipient CRD Number ☒ None

None

(Associated) Broker or Dealer CRD Number ☒ None

None

Street Address 2

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)   ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

☐ INDIANA

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Gabriel Meza | None |

(Associated) Broker or Dealer ☒ None     (Associated) Broker or Dealer CRD Number ☒ None
None                                       None

| Street Address 1 | Street Address 2 |
|---|---|
| 11892 Viola Circle | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply)   ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

☐ MICHIGAN

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Colleen Zaruba | None |

(Associated) Broker or Dealer ☒ None     (Associated) Broker or Dealer CRD Number ☒ None
None                                       None

| Street Address 1 | Street Address 2 |
|---|---|
| 1011 Cactus Ct. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply)   ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

☐ NEVADA
☐ TEXAS

---

## 13. Offering and Sales Amounts

| | | |
|---|---|---|
| Total Offering Amount | $5,000,000 USD or ☐ Indefinite | |
| Total Amount Sold | $870,000 USD | |
| Total Remaining to be Sold | $4,130,000 USD or ☐ Indefinite | |

Clarification of Response (if Necessary):

## 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    8

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions       $0 USD  ☐ Estimate

Finders' Fees $138,000 USD  ☐ Estimate

Clarification of Response (if Necessary):

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD  ☒ Estimate

Clarification of Response (if Necessary):

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 Media, LLC | /s/ Josh Moore | Josh Moore | Manager | 2021-01-14 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes

on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

## 1. Issuer's Identity

CIK (Filer ID Number)           Previous Names    [X] None

0001835470

Name of Issuer
NFN8 Media, LLC

Jurisdiction of Incorporation/Organization
TEXAS

Year of Incorporation/Organization

[X] Over Five Years Ago
[ ] Within Last Five Years (Specify Year)
[ ] Yet to Be Formed

Entity Type

[ ] Corporation
[ ] Limited Partnership
[X] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

## 2. Principal Place of Business and Contact Information

Name of Issuer
NFN8 Media, LLC

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 11615 ANGUS RAOD | SUITE 104C | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78759 | 5129142611 |

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Josh | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer  [X] Director  [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
  [ ] Commercial Banking
  [ ] Insurance
  [ ] Investing
  [ ] Investment Banking
  [ ] Pooled Investment Fund

Health Care
  [ ] Biotechnology
  [ ] Health Insurance
  [ ] Hospitals & Physicians
  [ ] Pharmaceuticals
  [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology
  [X] Computers
  [ ] Telecommunications
  [ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☑ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))
☒ Rule 504 (b)(1)(i)
☒ Rule 504 (b)(1)(ii)
☒ Rule 504 (b)(1)(iii)
☒ Rule 506(b)
☐ Rule 506(c)
☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)
☐ Section 3(c)(1)
☐ Section 3(c)(2)
☐ Section 3(c)(3)
☐ Section 3(c)(4)
☐ Section 3(c)(5)
☐ Section 3(c)(6)
☐ Section 3(c)(7)

☐ Section 3(c)(9)
☐ Section 3(c)(10)
☐ Section 3(c)(11)
☐ Section 3(c)(12)
☐ Section 3(c)(13)
☐ Section 3(c)(14)

## 7. Type of Filing

☐ New Notice   Date of First Sale 2020-11-27   ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?   ☐ Yes  ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity                                                    ☐ Pooled Investment Fund Interests

☐ Debt                                                      ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security   ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or   ☒ Other (describe)
   Other Right to Acquire Security

                                                            Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as
a merger, acquisition or exchange offer?                              ☐ Yes  ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

Recipient                                    Recipient CRD Number ☒ None

Randy Wright                                 None

(Associated) Broker or Dealer ☒ None         (Associated) Broker or Dealer CRD Number ☒ None

None                                         None

Street Address 1                             Street Address 2

401 Hwy 74 North

City                                         State/Province/Country              ZIP/Postal Code

Peachtree City                               GEORGIA                            30269

State(s) of Solicitation (select all that apply)   ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

| FLORIDA |
| GEORGIA |
| OREGON |

---

Recipient                                    Recipient CRD Number ☒ None

Paul Campbell                                None

(Associated) Broker or Dealer ☒ None         (Associated) Broker or Dealer CRD Number ☒ None

None                                         None

Street Address 1                             Street Address 2

414 South Pima Ave.

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)  ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

INDIANA

---

Recipient    Recipient CRD Number ☒ None
Gabriel Meza    None

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None
None    None

Street Address 1    Street Address 2
11892 Viola Circle

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply)  ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

MICHIGAN

---

Recipient    Recipient CRD Number ☒ None
Colleen Zaruba    None

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None
None    None

Street Address 1    Street Address 2
1011 Cactus Ct.

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply)  ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

NEVADA
TEXAS

---

## 13. Offering and Sales Amounts

Total Offering Amount    $5,000,000 USD  or ☐ Indefinite

Total Amount Sold    $1,020,000 USD

Total Remaining to be Sold  $3,980,000 USD  or ☐ Indefinite

Clarification of Response (if Necessary):

## 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    9

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☐ Estimate

Finders' Fees $138,000 USD ☐ Estimate

Clarification of Response (if Necessary):

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☒ Estimate

Clarification of Response (if Necessary):

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 Media, LLC | /s/ Josh Moore | Josh Moore | Manager | 2021-02-12 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes

on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

OMB APPROVAL

| | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names     [X] None

Entity Type

0001835470

[ ] Corporation

Name of Issuer

NFN8 Media, LLC

[ ] Limited Partnership

Jurisdiction of Incorporation/Organization

TEXAS

[X] Limited Liability Company

Year of Incorporation/Organization

[ ] General Partnership

[X] Over Five Years Ago

[ ] Business Trust

[ ] Within Last Five Years (Specify Year)

[ ] Other (Specify)

[ ] Yet to Be Formed

---

## 2. Principal Place of Business and Contact Information

Name of Issuer

NFN8 Media, LLC

| Street Address 1 | | Street Address 2 | |
|---|---|---|---|
| 11615 ANGUS RAOD | | SUITE 104C | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78759 | 5129142611 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Josh | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [X] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services

  [ ] Commercial Banking

  [ ] Insurance

  [ ] Investing

  [ ] Investment Banking

  [ ] Pooled Investment Fund

Health Care

  [ ] Biotechnology

  [ ] Health Insurance

  [ ] Hospitals & Physicians

  [ ] Pharmaceuticals

  [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology

  [X] Computers

  [ ] Telecommunications

  [ ] Other Technology

Is the issuer registered as
an investment company under
the Investment Company
Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☑ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

---

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

---

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))
☒ Rule 504 (b)(1)(i)
☒ Rule 504 (b)(1)(ii)
☒ Rule 504 (b)(1)(iii)
☒ Rule 506(b)
☐ Rule 506(c)
☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)
☐ Section 3(c)(1)
☐ Section 3(c)(2)
☐ Section 3(c)(3)
☐ Section 3(c)(4)
☐ Section 3(c)(5)
☐ Section 3(c)(6)
☐ Section 3(c)(7)

☐ Section 3(c)(9)
☐ Section 3(c)(10)
☐ Section 3(c)(11)
☐ Section 3(c)(12)
☐ Section 3(c)(13)
☐ Section 3(c)(14)

---

## 7. Type of Filing

☐ New Notice    Date of First Sale 2020-11-27    ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?    ☐ Yes ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity

☐ Debt

☐ Option, Warrant or Other Right to Acquire Another Security

☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

☐ Pooled Investment Fund Interests

☐ Tenant-in-Common Securities

☐ Mineral Property Securities

☒ Other (describe)

Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    ☐ Yes ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Randy Wright | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|---|---|
| 401 Hwy 74 North | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Peachtree City | GEORGIA | 30269 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    ☐ All States    ☐ Foreign/non-US

| FLORIDA |
|---|
| GEORGIA |
| OREGON |

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Paul Campbell | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|---|---|
| 414 South Pima Ave. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)   ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

| INDIANA |
|---|

---

Recipient                                          Recipient CRD Number ☒ None

Gabriel Meza                                       None

(Associated) Broker or Dealer ☒ None              (Associated) Broker or Dealer CRD Number ☒ None

None                                               None

Street Address 1                                   Street Address 2

11892 Viola Circle

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply)   ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

| MICHIGAN |
|---|

---

Recipient                                          Recipient CRD Number ☒ None

Colleen Zaruba                                     None

(Associated) Broker or Dealer ☒ None              (Associated) Broker or Dealer CRD Number ☒ None

None                                               None

Street Address 1                                   Street Address 2

1011 Cactus Ct.

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply)   ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

| NEVADA |
|---|
| TEXAS |

---

## 13. Offering and Sales Amounts

| | | |
|---|---|---|
| Total Offering Amount | $5,000,000 USD   or ☐ Indefinite | |
| Total Amount Sold | $1,080,000 USD | |
| Total Remaining to be Sold | $3,920,000 USD   or ☐ Indefinite | |

Clarification of Response (if Necessary):

## 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited
investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as
accredited investors, enter the total number of investors who already have invested in the offering:    | 11 |

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions     $0 USD   ☐ Estimate

Finders' Fees $166,500 USD   ☐ Estimate

Clarification of Response (if Necessary):

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD   ☒ Estimate

Clarification of Response (if Necessary):

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 Media, LLC | Josh Moore | Josh Moore | Manager | 2021-02-24 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes

on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

> The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
> The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)          Previous Names    [X] None          Entity Type

0001835470                                                         [ ] Corporation
Name of Issuer                                                     [ ] Limited Partnership
NFN8 Media, LLC                                                    [X] Limited Liability Company
Jurisdiction of Incorporation/Organization                        [ ] General Partnership
TEXAS                                                              [ ] Business Trust
Year of Incorporation/Organization                                [ ] Other (Specify)

[X] Over Five Years Ago
[ ] Within Last Five Years (Specify Year)
[ ] Yet to Be Formed

---

## 2. Principal Place of Business and Contact Information

Name of Issuer
NFN8 Media, LLC

| Street Address 1 | Street Address 2 | | |
| --- | --- | --- | --- |
| 11615 ANGUS RAOD | SUITE 104C | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78759 | 5129142611 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| Moore | Josh | |
| Street Address 1 | Street Address 2 | |
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [X] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 11615 Angus Rd | Ste 104C | |
| City | State/Province/Country | ZIP/PostalCode |
| Austin | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services

    [ ] Commercial Banking

    [ ] Insurance

    [ ] Investing

    [ ] Investment Banking

    [ ] Pooled Investment Fund

Health Care

    [ ] Biotechnology

    [ ] Health Insurance

    [ ] Hospitals & Physicians

    [ ] Pharmaceuticals

    [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology

    [X] Computers

    [ ] Telecommunications

    [ ] Other Technology

Is the issuer registered as
an investment company under
the Investment Company
Act of 1940?

☐ Yes            ☐ No

☐ Other Banking & Financial Services

☐ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

Revenue Range            OR            Aggregate Net Asset Value Range

☐ No Revenues                          ☐ No Aggregate Net Asset Value

☐ $1 - $1,000,000                      ☐ $1 - $5,000,000

☐ $1,000,001 - $5,000,000              ☐ $5,000,001 - $25,000,000

☐ $5,000,001 - $25,000,000             ☐ $25,000,001 - $50,000,000

☐ $25,000,001 - $100,000,000           ☐ $50,000,001 - $100,000,000

☐ Over $100,000,000                    ☐ Over $100,000,000

☒ Decline to Disclose                  ☐ Decline to Disclose

☐ Not Applicable                       ☐ Not Applicable

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Investment Company Act Section 3(c)

☐ Rule 504(b)(1) (not i, (ii) or (iii))    ☐ Section 3(c)(1)    ☐ Section 3(c)(9)

☒ Rule 504 (b)(1)(i)                        ☐ Section 3(c)(2)    ☐ Section 3(c)(10)

☒ Rule 504 (b)(1)(ii)                       ☐ Section 3(c)(3)    ☐ Section 3(c)(11)

☒ Rule 504 (b)(1)(iii)                      ☐ Section 3(c)(4)    ☐ Section 3(c)(12)

☒ Rule 506(b)                               ☐ Section 3(c)(5)    ☐ Section 3(c)(13)

☐ Rule 506(c)                               ☐ Section 3(c)(6)    ☐ Section 3(c)(14)

☒ Securities Act Section 4(a)(5)            ☐ Section 3(c)(7)

## 7. Type of Filing

☐ New Notice    Date of First Sale 2020-11-27    ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?    ☐ Yes ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity                                                    ☐ Pooled Investment Fund Interests

☐ Debt                                                      ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security    ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or   ☒ Other (describe)
   Other Right to Acquire Security

Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as    ☐ Yes ☒ No
a merger, acquisition or exchange offer?

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

Recipient                                          Recipient CRD Number ☒ None

Randy Wright                                       None

(Associated) Broker or Dealer ☒ None               (Associated) Broker or Dealer CRD Number ☒ None

None                                               None

Street Address 1                                   Street Address 2

401 Hwy 74 North

City                                               State/Province/Country              ZIP/Postal Code

Peachtree City                                     GEORGIA                             30269

State(s) of Solicitation (select all that apply)   ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

| FLORIDA |
| GEORGIA |
| OREGON |

---

Recipient                                          Recipient CRD Number ☒ None

Paul Campbell                                      None

(Associated) Broker or Dealer ☒ None               (Associated) Broker or Dealer CRD Number ☒ None

None                                               None

Street Address 1                                   Street Address 2

414 South Pima Ave.

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

☐ INDIANA

---

| Recipient | Recipient CRD Number ☒ None |
|-----------|------------------------------|
| Gabriel Meza | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| 11892 Viola Circle | |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

☐ MICHIGAN

---

| Recipient | Recipient CRD Number ☒ None |
|-----------|------------------------------|
| Colleen Zaruba | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| 1011 Cactus Ct. | |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

☐ NEVADA
☐ TEXAS

---

| Recipient | Recipient CRD Number ☒ None |
|-----------|------------------------------|
| Pankaj Motwani | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| 5619 Cloverdale Blvd. | |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Bayside | NEW JERSEY | 11364 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

☐ GEORGIA

---

| Recipient | Recipient CRD Number [X] None |
|---|---|
| Jesse Meade | None |

| (Associated) Broker or Dealer [X] None | (Associated) Broker or Dealer CRD Number [X] None |
|---|---|
| None | None |
| Street Address 1 | Street Address 2 |
| 7169 Myrtle Avenue | |
| City | State/Province/Country                    ZIP/Postal Code |
| Long Beach | CALIFORNIA                                          90805 |

State(s) of Solicitation (select all that apply)    [ ] All States    [ ] Foreign/non-US
Check "All States" or check individual States

[ CALIFORNIA ]

---

## 13. Offering and Sales Amounts

Total Offering Amount      $5,000,000 USD   or  [ ] Indefinite

Total Amount Sold          $3,080,000 USD

Total Remaining to be Sold $1,920,000 USD   or  [ ] Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

[ ] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    [ 13 ]

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions      $0 USD   [ ] Estimate

Finders' Fees $166,500 USD   [ ] Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD   [X] Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 Media, LLC | s/ Josh Moore | Josh Moore | Manager | 2021-03-04 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
## FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)

0001835470

Name of Issuer

NFN8 Media, LLC

Jurisdiction of Incorporation/Organization

TEXAS

Year of Incorporation/Organization

[X] Over Five Years Ago
[ ] Within Last Five Years (Specify Year)
[ ] Yet to Be Formed

Previous Names     [X] None

Entity Type

[ ] Corporation
[ ] Limited Partnership
[X] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

---

## 2. Principal Place of Business and Contact Information

Name of Issuer

NFN8 Media, LLC

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78729 | 5129142611 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Josh | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [X] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services

  [ ] Commercial Banking

  [ ] Insurance

  [ ] Investing

  [ ] Investment Banking

  [ ] Pooled Investment Fund

Health Care

  [ ] Biotechnology

  [ ] Health Insurance

  [ ] Hospitals & Physicians

  [ ] Pharmaceuticals

  [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology

  [X] Computers

  [ ] Telecommunications

  [ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☐ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

---

**5. Issuer Size**

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

---

**6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)**

☐ Rule 504(b)(1) (not (i), (ii) or (iii))

☒ Rule 504 (b)(1)(i)

☒ Rule 504 (b)(1)(ii)

☒ Rule 504 (b)(1)(iii)

☒ Rule 506(b)

☐ Rule 506(c)

☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)

☐ Section 3(c)(1)

☐ Section 3(c)(2)

☐ Section 3(c)(3)

☐ Section 3(c)(4)

☐ Section 3(c)(5)

☐ Section 3(c)(6)

☐ Section 3(c)(7)

☐ Section 3(c)(9)

☐ Section 3(c)(10)

☐ Section 3(c)(11)

☐ Section 3(c)(12)

☐ Section 3(c)(13)

☐ Section 3(c)(14)

---

**7. Type of Filing**

☐ New Notice    Date of First Sale 2020-11-27    ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?    ☐ Yes ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity                                                          ☐ Pooled Investment Fund Interests

☐ Debt                                                           ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security     ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or    ☒ Other (describe)
  Other Right to Acquire Security

                                                                 Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as
a merger, acquisition or exchange offer?                         ☐ Yes ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

Recipient                                    Recipient CRD Number ☒ None

Randy Wright                                 None

(Associated) Broker or Dealer ☒ None         (Associated) Broker or Dealer CRD Number ☒ None

None                                         None

Street Address 1                             Street Address 2

401 Hwy 74 North

City                                         State/Province/Country              ZIP/Postal Code

Peachtree City                               GEORGIA                             30269

State(s) of Solicitation (select all that apply)    ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

| FLORIDA |
| GEORGIA |
| OREGON |

---

Recipient                                    Recipient CRD Number ☒ None

Paul Campbell                                None

(Associated) Broker or Dealer ☒ None         (Associated) Broker or Dealer CRD Number ☒ None

None                                         None

Street Address 1                             Street Address 2

414 South Pima Ave.

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply) ☐ All States  ☐ Foreign/non-US
Check "All States" or check individual States

INDIANA

---

| Recipient | Recipient CRD Number ☒ None |
|-----------|------------------------------|
| Gabriel Meza | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| 11892 Viola Circle | |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply) ☐ All States  ☐ Foreign/non-US
Check "All States" or check individual States

MICHIGAN

---

| Recipient | Recipient CRD Number ☒ None |
|-----------|------------------------------|
| Colleen Zaruba | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| 1011 Cactus Ct. | |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply) ☐ All States  ☐ Foreign/non-US
Check "All States" or check individual States

NEVADA
TEXAS

---

| Recipient | Recipient CRD Number ☒ None |
|-----------|------------------------------|
| Pankaj Motwani | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| 5619 Cloverdale Blvd. | |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Bayside | NEW JERSEY | 11364 |

State(s) of Solicitation (select all that apply) ☐ All States  ☐ Foreign/non-US
Check "All States" or check individual States

GEORGIA

---

Recipient

Jesse Meade

Recipient CRD Number [X] None

(Associated) Broker or Dealer [X] None

None

(Associated) Broker or Dealer CRD Number [X] None

None

Street Address 1

7169 Myrtle Avenue

Street Address 2

City

Long Beach

State/Province/Country

CALIFORNIA

ZIP/Postal Code

90805

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   [ ] All States   [ ] Foreign/non-US

[ CALIFORNIA ]

---

## 13. Offering and Sales Amounts

Total Offering Amount   $5,000,000 USD   or [ ] Indefinite

Total Amount Sold   $3,680,000 USD

Total Remaining to be Sold   $1,320,000 USD   or [ ] Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

[ ] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:

[ 24 ]

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $103,500 USD [ ] Estimate

Finders' Fees $166,500 USD [ ] Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [X] Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|--------|-----------|----------------|-------|------|
| NFN8 Media, LLC | /s/ Josh Moore | Josh Moore | Manager | 2021-04-09 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM D

## Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)          Previous Names   [X] None

0001835470

Name of Issuer
NFN8 Media, LLC

Jurisdiction of Incorporation/Organization
TEXAS

Year of Incorporation/Organization
[X] Over Five Years Ago
[ ] Within Last Five Years (Specify Year)
[ ] Yet to Be Formed

**Entity Type**
[ ] Corporation
[ ] Limited Partnership
[X] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

---

## 2. Principal Place of Business and Contact Information

Name of Issuer
NFN8 Media, LLC

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | | |

| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
|---|---|---|---|
| AUSTIN | TEXAS | 78750 | 5129142611 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Josh | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer  [X] Director  [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services

    [ ] Commercial Banking

    [ ] Insurance

    [ ] Investing

    [ ] Investment Banking

    [ ] Pooled Investment Fund

Health Care

    [ ] Biotechnology

    [ ] Health Insurance

    [ ] Hospitals & Physicians

    [ ] Pharmaceuticals

    [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology

    [X] Computers

    [ ] Telecommunications

    [ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☒ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Investment Company Act Section 3(c)

| | | |
|---|---|---|
| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☐ Section 3(c)(1) | ☐ Section 3(c)(9) |
| ☒ Rule 504 (b)(1)(i) | ☐ Section 3(c)(2) | ☐ Section 3(c)(10) |
| ☒ Rule 504 (b)(1)(ii) | ☐ Section 3(c)(3) | ☐ Section 3(c)(11) |
| ☒ Rule 504 (b)(1)(iii) | ☐ Section 3(c)(4) | ☐ Section 3(c)(12) |
| ☒ Rule 506(b) | ☐ Section 3(c)(5) | ☐ Section 3(c)(13) |
| ☐ Rule 506(c) | ☐ Section 3(c)(6) | ☐ Section 3(c)(14) |
| ☒ Securities Act Section 4(a)(5) | ☐ Section 3(c)(7) | |

## 7. Type of Filing

☐ New Notice    Date of First Sale 2020-11-27    ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?    ☐ Yes   ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity                               ☐ Pooled Investment Fund Interests

☐ Debt                                  ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security    ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security    ☒ Other (describe)

                                                 Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    ☐ Yes   ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

Recipient                                    Recipient CRD Number ☒ None

Randy Wright                                   None

(Associated) Broker or Dealer ☒ None        (Associated) Broker or Dealer CRD Number ☒ None

None                                        None

Street Address 1                              Street Address 2

401 Hwy 74 North

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Peachtree City | GEORGIA | 30269 |

State(s) of Solicitation (select all that apply)    ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

FLORIDA

GEORGIA

OREGON

---

Recipient                                    Recipient CRD Number ☒ None

Paul Campbell                                None

(Associated) Broker or Dealer ☒ None        (Associated) Broker or Dealer CRD Number ☒ None

None                                        None

Street Address 1                              Street Address 2

414 South Pima Ave.

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

INDIANA

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Gabriel Meza | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None      None

| Street Address 1 | Street Address 2 |
|---|---|
| 11892 Viola Circle | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

MICHIGAN

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Colleen Zaruba | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None      None

| Street Address 1 | Street Address 2 |
|---|---|
| 1011 Cactus Ct. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

NEVADA
TEXAS

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Pankaj Motwani | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None      None

| Street Address 1 | Street Address 2 |
|---|---|
| 5619 Cloverdale Blvd. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Bayside | NEW JERSEY | 11364 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

GEORGIA

---

☐

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Jesse Meade | None |
| (Associated) Broker or Dealer ☒ None | (Associated) Broker or Dealer CRD Number ☒ None |
| None | None |
| Street Address 1 | Street Address 2 |
| 7169 Myrtle Avenue | |
| City | State/Province/Country |
| Long Beach | CALIFORNIA |

ZIP/Postal Code

90805

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States      ☐ All States      ☐ Foreign/non-US

CALIFORNIA

---

## 13. Offering and Sales Amounts

Total Offering Amount        $5,000,000 USD   or  ☐ Indefinite

Total Amount Sold            $4,070,000 USD

Total Remaining to be Sold   $930,000 USD   or  ☐ Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:

31

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $175,500 USD ☐ Estimate

Finders' Fees $166,500 USD ☐ Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☒ Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 Media, LLC | /s/ Josh Moore | Josh Moore | Manager | 2021-04-22 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**FORM D**

**Notice of Exempt Offering of Securities**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names    [X] None

Entity Type

0001835470

[ ] Corporation

Name of Issuer

NFN8 Media, LLC

[ ] Limited Partnership

Jurisdiction of Incorporation/Organization

[X] Limited Liability Company

TEXAS

[ ] General Partnership

Year of Incorporation/Organization

[ ] Business Trust

[X] Over Five Years Ago

[ ] Other (Specify)

[ ] Within Last Five Years (Specify Year)

[ ] Yet to Be Formed

---

## 2. Principal Place of Business and Contact Information

Name of Issuer

NFN8 Media, LLC

| Street Address 1 | | Street Address 2 | |
|---|---|---|---|
| 13809 RESEARCH BLVD. | | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78750 | 5129142611 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Josh | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer  [X] Director  [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services

[ ] Commercial Banking

[ ] Insurance

[ ] Investing

[ ] Investment Banking

[ ] Pooled Investment Fund

Health Care

[ ] Biotechnology

[ ] Health Insurance

[ ] Hospitals & Physicians

[ ] Pharmaceuticals

[ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology

[X] Computers

[ ] Telecommunications

[ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☑ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

Revenue Range          OR

☐ No Revenues

☐ $1 - $1,000,000

☐ $1,000,001 - $5,000,000

☐ $5,000,001 - $25,000,000

☐ $25,000,001 - $100,000,000

☐ Over $100,000,000

☑ Decline to Disclose

☐ Not Applicable

Aggregate Net Asset Value Range

☐ No Aggregate Net Asset Value

☐ $1 - $5,000,000

☐ $5,000,001 - $25,000,000

☐ $25,000,001 - $50,000,000

☐ $50,000,001 - $100,000,000

☐ Over $100,000,000

☐ Decline to Disclose

☐ Not Applicable

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))

☑ Rule 504 (b)(1)(i)

☑ Rule 504 (b)(1)(ii)

☑ Rule 504 (b)(1)(iii)

☑ Rule 506(b)

☐ Rule 506(c)

☑ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)

☐ Section 3(c)(1)

☐ Section 3(c)(2)

☐ Section 3(c)(3)

☐ Section 3(c)(4)

☐ Section 3(c)(5)

☐ Section 3(c)(6)

☐ Section 3(c)(7)

☐ Section 3(c)(9)

☐ Section 3(c)(10)

☐ Section 3(c)(11)

☐ Section 3(c)(12)

☐ Section 3(c)(13)

☐ Section 3(c)(14)

## 7. Type of Filing

☐ New Notice    Date of First Sale 2020-11-27    ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?    ☐ Yes ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity                                              ☐ Pooled Investment Fund Interests

☐ Debt                                                ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security    ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or    ☒ Other (describe)
   Other Right to Acquire Security

                                                      Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as
a merger, acquisition or exchange offer?    ☐ Yes ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

Recipient                                   Recipient CRD Number ☒ None

Randy Wright                                None

(Associated) Broker or Dealer ☒ None       (Associated) Broker or Dealer CRD Number ☒ None

None                                        None

Street Address 1                            Street Address 2

401 Hwy 74 North

City                                        State/Province/Country              ZIP/Postal Code

Peachtree City                              GEORGIA                            30269

State(s) of Solicitation (select all that apply)  ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

| FLORIDA |
| GEORGIA |
| OREGON |

---

Recipient                                   Recipient CRD Number ☒ None

Paul Campbell                               None

(Associated) Broker or Dealer ☒ None       (Associated) Broker or Dealer CRD Number ☒ None

None                                        None

Street Address 1                            Street Address 2

414 South Pima Ave.

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

☐ INDIANA

---

Recipient      Recipient CRD Number ☒ None

Gabriel Meza      None

(Associated) Broker or Dealer ☒ None      (Associated) Broker or Dealer CRD Number ☒ None

None      None

Street Address 1      Street Address 2

11892 Viola Circle

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

☐ MICHIGAN

---

Recipient      Recipient CRD Number ☒ None

Colleen Zaruba      None

(Associated) Broker or Dealer ☒ None      (Associated) Broker or Dealer CRD Number ☒ None

None      None

Street Address 1      Street Address 2

1011 Cactus Ct.

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

☐ NEVADA
☐ TEXAS

---

Recipient      Recipient CRD Number ☒ None

Pankaj Motwani      None

(Associated) Broker or Dealer ☒ None      (Associated) Broker or Dealer CRD Number ☒ None

None      None

Street Address 1      Street Address 2

5619 Cloverdale Blvd.

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Bayside | NEW JERSEY | 11364 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

☐ GEORGIA

☐

Recipient

Jesse Meade

Recipient CRD Number [X] None

(Associated) Broker or Dealer [X] None

None

(Associated) Broker or Dealer CRD Number [X] None

None

Street Address 1

7169 Myrtle Avenue

Street Address 2

City

Long Beach

State/Province/Country

CALIFORNIA

ZIP/Postal Code

90805

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   [ ] All States   [ ] Foreign/non-US

[ CALIFORNIA ]

---

## 13. Offering and Sales Amounts

Total Offering Amount     USD   or [X] Indefinite

Total Amount Sold     $6,460,000 USD

Total Remaining to be Sold     USD   or [X] Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

[ ] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    [ 38 ]

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $235,500 USD [ ] Estimate

Finders' Fees $166,500 USD [ ] Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [X] Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 Media, LLC | /s/ Josh Moore | Josh Moore | Manager | 2021-05-06 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)          Previous Names     [X] None

Entity Type

0001835470

Name of Issuer
NFN8 Media, LLC

Jurisdiction of Incorporation/Organization
TEXAS

Year of Incorporation/Organization
[X] Over Five Years Ago
[ ] Within Last Five Years (Specify Year)
[ ] Yet to Be Formed

[ ] Corporation
[ ] Limited Partnership
[X] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

---

## 2. Principal Place of Business and Contact Information

Name of Issuer
NFN8 Media, LLC

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78750 | 5129142611 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Josh | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [X] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
- [ ] Commercial Banking
- [ ] Insurance
- [ ] Investing
- [ ] Investment Banking
- [ ] Pooled Investment Fund

Health Care
- [ ] Biotechnology
- [ ] Health Insurance
- [ ] Hospitals & Physicians
- [ ] Pharmaceuticals
- [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology
- [X] Computers
- [ ] Telecommunications
- [ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes       ☐ No

☐ Other Banking & Financial Services

☒ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

Revenue Range      OR      Aggregate Net Asset Value Range

| Revenue Range | Aggregate Net Asset Value Range |
|---|---|
| ☐ No Revenues | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | ☐ Decline to Disclose |
| ☐ Not Applicable | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))

☒ Rule 504 (b)(1)(i)

☒ Rule 504 (b)(1)(ii)

☒ Rule 504 (b)(1)(iii)

☒ Rule 506(b)

☐ Rule 506(c)

☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)

☐ Section 3(c)(1)

☐ Section 3(c)(2)

☐ Section 3(c)(3)

☐ Section 3(c)(4)

☐ Section 3(c)(5)

☐ Section 3(c)(6)

☐ Section 3(c)(7)

☐ Section 3(c)(9)

☐ Section 3(c)(10)

☐ Section 3(c)(11)

☐ Section 3(c)(12)

☐ Section 3(c)(13)

☐ Section 3(c)(14)

## 7. Type of Filing

☐ New Notice    Date of First Sale 2020-11-27    ☐ First Sale Yet to Occur

[X] Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?    ☐ Yes  [X] No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity                                                        ☐ Pooled Investment Fund Interests

☐ Debt                                                          ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security    ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or   [X] Other (describe)
   Other Right to Acquire Security

                                                                Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as
a merger, acquisition or exchange offer?    ☐ Yes  [X] No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

| Recipient | Recipient CRD Number [X] None |
|---|---|
| Randy Wright | None |

(Associated) Broker or Dealer [X] None    (Associated) Broker or Dealer CRD Number [X] None

None                                       None

| Street Address 1 | Street Address 2 |
|---|---|
| 401 Hwy 74 North | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Peachtree City | GEORGIA | 30269 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    ☐ All States    ☐ Foreign/non-US

FLORIDA
GEORGIA
OREGON

---

| Recipient | Recipient CRD Number [X] None |
|---|---|
| Paul Campbell | None |

(Associated) Broker or Dealer [X] None    (Associated) Broker or Dealer CRD Number [X] None

None                                       None

| Street Address 1 | Street Address 2 |
|---|---|
| 414 South Pima Ave. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    ☐ All States    ☐ Foreign/non-US

☐ INDIANA

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Gabriel Meza | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|---|---|
| 11892 Viola Circle | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    ☐ All States    ☐ Foreign/non-US

☐ MICHIGAN

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Colleen Zaruba | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|---|---|
| 1011 Cactus Ct. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    ☐ All States    ☐ Foreign/non-US

☐ NEVADA
☐ TEXAS

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Pankaj Motwani | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None

None    None

| Street Address 1 | Street Address 2 |
|---|---|
| 5619 Cloverdale Blvd. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Bayside | NEW JERSEY | 11364 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    ☐ All States    ☐ Foreign/non-US

☐ GEORGIA

☐

Recipient

Jesse Meade

Recipient CRD Number [X] None

(Associated) Broker or Dealer [X] None

None

Street Address 1

7169 Myrtle Avenue

City

Long Beach

(Associated) Broker or Dealer CRD Number [X] None

None

Street Address 2

State/Province/Country

CALIFORNIA

ZIP/Postal Code

90805

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    [ ] All States    [ ] Foreign/non-US

[ CALIFORNIA ]

---

## 13. Offering and Sales Amounts

Total Offering Amount                    USD  or [X] Indefinite

Total Amount Sold        $6,700,000 USD

Total Remaining to be Sold              USD  or [X] Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

[ ] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.    [_____]

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    [ 45 ]

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $259,500 USD [ ] Estimate

Finders' Fees $178,500 USD [ ] Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [X] Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

SEC FORM D/A

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 Media, LLC | /s/ Josh Moore | Josh Moore | Manager | 2021-06-01 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

## 1. Issuer's Identity

CIK (Filer ID Number)

[X] None Previous Names

**Entity Type**

0001835470

[ ] Corporation

Name of Issuer

NFN8 Media, LLC

[ ] Limited Partnership

Jurisdiction of Incorporation/Organization

[X] Limited Liability Company

TEXAS

[ ] General Partnership

Year of Incorporation/Organization

[ ] Business Trust

[X] Over Five Years Ago

[ ] Other (Specify)

[ ] Within Last Five Years (Specify Year)

[ ] Yet to Be Formed

## 2. Principal Place of Business and Contact Information

Name of Issuer

NFN8 Media, LLC

| Street Address 1 | Street Address 2 |
|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 |

| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
|---|---|---|---|
| AUSTIN | TEXAS | 78750 | 5129142611 |

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Josh | |

| Street Address 1 | Street Address 2 |
|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 |

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer  [X] Director  [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
  [ ] Commercial Banking
  [ ] Insurance
  [ ] Investing
  [ ] Investment Banking
  [ ] Pooled Investment Fund

Health Care
  [ ] Biotechnology
  [ ] Health Insurance
  [ ] Hospitals & Physicians
  [ ] Pharmaceuticals
  [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology
  [X] Computers
  [ ] Telecommunications
  [ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes      ☐ No

☐ Other Banking & Financial Services

☒ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))

☒ Rule 504 (b)(1)(i)

☒ Rule 504 (b)(1)(ii)

☒ Rule 504 (b)(1)(iii)

☒ Rule 506(b)

☐ Rule 506(c)

☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)

☐ Section 3(c)(1)

☐ Section 3(c)(2)

☐ Section 3(c)(3)

☐ Section 3(c)(4)

☐ Section 3(c)(5)

☐ Section 3(c)(6)

☐ Section 3(c)(7)

☐ Section 3(c)(9)

☐ Section 3(c)(10)

☐ Section 3(c)(11)

☐ Section 3(c)(12)

☐ Section 3(c)(13)

☐ Section 3(c)(14)

## 7. Type of Filing

☐ New Notice   Date of First Sale 2020-11-27   ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?   ☐ Yes ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity          ☐ Pooled Investment Fund Interests

☐ Debt           ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security    ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security    ☒ Other (describe)

Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?   ☐ Yes ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

Recipient                Recipient CRD Number ☒ None

Randy Wright             None

(Associated) Broker or Dealer ☒ None      (Associated) Broker or Dealer CRD Number ☒ None

None                  None

Street Address 1            Street Address 2

401 Hwy 74 North

City                 State/Province/Country       ZIP/Postal Code

Peachtree City          GEORGIA            30269

State(s) of Solicitation (select all that apply) Check "All States" or check individual States   ☐ All States   ☐ Foreign/non-US

| OREGON |
| FLORIDA |
| GEORGIA |

---

Recipient                Recipient CRD Number ☒ None

Paul Campbell            None

(Associated) Broker or Dealer ☒ None      (Associated) Broker or Dealer CRD Number ☒ None

None                  None

Street Address 1            Street Address 2

414 South Pima Ave.

City

State/Province/Country

ZIP/Postal Code

West Covina

CALIFORNIA

91790

State(s) of Solicitation (select all that apply)     ☐ All States     ☐ Foreign/non-US
Check "All States" or check individual States

INDIANA

---

Recipient

Recipient CRD Number ☒ None

Gabriel Meza

None

(Associated) Broker or Dealer ☒ None

(Associated) Broker or Dealer CRD Number ☒ None

None

None

Street Address 1

Street Address 2

11892 Viola Circle

City

State/Province/Country

ZIP/Postal Code

Corona

CALIFORNIA

92883-5213

State(s) of Solicitation (select all that apply)     ☐ All States     ☐ Foreign/non-US
Check "All States" or check individual States

MICHIGAN

---

Recipient

Recipient CRD Number ☒ None

Colleen Zaruba

None

(Associated) Broker or Dealer ☒ None

(Associated) Broker or Dealer CRD Number ☒ None

None

None

Street Address 1

Street Address 2

1011 Cactus Ct.

City

State/Province/Country

ZIP/Postal Code

Newbury Park

CALIFORNIA

91320

State(s) of Solicitation (select all that apply)     ☐ All States     ☐ Foreign/non-US
Check "All States" or check individual States

TEXAS

NEVADA

---

Recipient

Recipient CRD Number ☒ None

Pankaj Motwani

None

(Associated) Broker or Dealer ☒ None

(Associated) Broker or Dealer CRD Number ☒ None

None

None

Street Address 1

Street Address 2

5619 Cloverdale Blvd.

City

State/Province/Country

ZIP/Postal Code

Bayside

NEW JERSEY

11364

State(s) of Solicitation (select all that apply)     ☐ All States     ☐ Foreign/non-US
Check "All States" or check individual States

GEORGIA

---

| Recipient | Recipient CRD Number [X] None |
|---|---|
| Jesse Meade | None |

| (Associated) Broker or Dealer [X] None | (Associated) Broker or Dealer CRD Number [X] None |
|---|---|
| None | None |

| Street Address 1 | Street Address 2 |
|---|---|
| 7169 Myrtle Avenue | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Long Beach | CALIFORNIA | 90805 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    [ ] All States    [ ] Foreign/non-US

[ CALIFORNIA ]

---

## 13. Offering and Sales Amounts

Total Offering Amount                    USD  or [X] Indefinite

Total Amount Sold          $7,390,000 USD

Total Remaining to be Sold              USD  or [X] Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

[ ] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

  Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    [ 49 ]

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

  Sales Commissions $367,500 USD  [ ] Estimate

  Finders' Fees $178,500 USD  [ ] Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

  $0 USD [X] Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 Media, LLC | /s/ Josh Moore | Josh Moore | Manager | 2021-06-15 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)

0001835470

**Previous Names** ☐ None

NFN8 Media, LLC

**Entity Type**

☐ Corporation
☐ Limited Partnership
☒ Limited Liability Company
☐ General Partnership
☐ Business Trust
☐ Other (Specify)

Name of Issuer

NFN8 GROUP, INC.

Jurisdiction of Incorporation/Organization

NEVADA

Year of Incorporation/Organization

☒ Over Five Years Ago
☐ Within Last Five Years (Specify Year)
☐ Yet to Be Formed

---

## 2. Principal Place of Business and Contact Information

Name of Issuer

NFN8 GROUP, INC.

| Street Address 1 | Street Address 2 | | |
| --- | --- | --- | --- |
| 13809 RESEARCH BLVD. | SUITE 745 | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78750 | 5129142611 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| Moore | Josh | |

| Street Address 1 | Street Address 2 | |
| --- | --- | --- |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: ☒ Executive Officer ☒ Director ☒ Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

**4. Industry Group**

[ ] Agriculture

Banking & Financial Services
[ ] Commercial Banking
[ ] Insurance
[ ] Investing
[ ] Investment Banking
[ ] Pooled Investment Fund

Health Care
[ ] Biotechnology
[ ] Health Insurance
[ ] Hospitals & Physicians
[ ] Pharmaceuticals
[ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology
[X] Computers
[ ] Telecommunications
[ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☑ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

---

## 5. Issuer Size

Revenue Range          OR

☐ No Revenues

☐ $1 - $1,000,000

☐ $1,000,001 - $5,000,000

☐ $5,000,001 - $25,000,000

☐ $25,000,001 - $100,000,000

☐ Over $100,000,000

☒ Decline to Disclose

☐ Not Applicable

Aggregate Net Asset Value Range

☐ No Aggregate Net Asset Value

☐ $1 - $5,000,000

☐ $5,000,001 - $25,000,000

☐ $25,000,001 - $50,000,000

☐ $50,000,001 - $100,000,000

☐ Over $100,000,000

☐ Decline to Disclose

☐ Not Applicable

---

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))

☒ Rule 504 (b)(1)(i)

☒ Rule 504 (b)(1)(ii)

☒ Rule 504 (b)(1)(iii)

☒ Rule 506(b)

☐ Rule 506(c)

☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)

☐ Section 3(c)(1)

☐ Section 3(c)(2)

☐ Section 3(c)(3)

☐ Section 3(c)(4)

☐ Section 3(c)(5)

☐ Section 3(c)(6)

☐ Section 3(c)(7)

☐ Section 3(c)(9)

☐ Section 3(c)(10)

☐ Section 3(c)(11)

☐ Section 3(c)(12)

☐ Section 3(c)(13)

☐ Section 3(c)(14)

---

## 7. Type of Filing

☐ New Notice   Date of First Sale 2020-11-27   ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?   ☐ Yes ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity                                                    ☐ Pooled Investment Fund Interests

☐ Debt                                                      ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security   ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or   ☒ Other (describe)
   Other Right to Acquire Security

                                                            Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as   ☐ Yes ☒ No
a merger, acquisition or exchange offer?

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

Recipient                                      Recipient CRD Number ☒ None

Randy Wright                                   None

(Associated) Broker or Dealer ☒ None           (Associated) Broker or Dealer CRD Number ☒ None

None                                           None

Street Address 1                               Street Address 2

401 Hwy 74 North

City                                           State/Province/Country              ZIP/Postal Code

Peachtree City                                 GEORGIA                            30269

State(s) of Solicitation (select all that apply)   ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

| FLORIDA |
| GEORGIA |
| OREGON  |

---

Recipient                                      Recipient CRD Number ☒ None

Paul Campbell                                  None

(Associated) Broker or Dealer ☒ None           (Associated) Broker or Dealer CRD Number ☒ None

None                                           None

Street Address 1                               Street Address 2

414 South Pima Ave.

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States  ☐ All States  ☐ Foreign/non-US

INDIANA

---

| Recipient | Recipient CRD Number ☒ None |
|-----------|------------------------------|
| Gabriel Meza | None |

(Associated) Broker or Dealer ☒ None     (Associated) Broker or Dealer CRD Number ☒ None

None     None

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| 11892 Viola Circle | |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States  ☐ All States  ☐ Foreign/non-US

MICHIGAN

---

| Recipient | Recipient CRD Number ☒ None |
|-----------|------------------------------|
| Colleen Zaruba | None |

(Associated) Broker or Dealer ☒ None     (Associated) Broker or Dealer CRD Number ☒ None

None     None

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| 1011 Cactus Ct. | |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States  ☐ All States  ☐ Foreign/non-US

NEVADA
TEXAS

---

| Recipient | Recipient CRD Number ☒ None |
|-----------|------------------------------|
| Pankaj Motwani | None |

(Associated) Broker or Dealer ☒ None     (Associated) Broker or Dealer CRD Number ☒ None

None     None

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| 5619 Cloverdale Blvd. | |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Bayside | NEW JERSEY | 11364 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States  ☐ All States  ☐ Foreign/non-US

GEORGIA

---

☐

Recipient

Jesse Meade

Recipient CRD Number [X] None

None

(Associated) Broker or Dealer [X] None

(Associated) Broker or Dealer CRD Number [X] None

None

None

Street Address 1

Street Address 2

7169 Myrtle Avenue

City

State/Province/Country

ZIP/Postal Code

Long Beach

CALIFORNIA

90805

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States   [ ] All States   [ ] Foreign/non-US

[ CALIFORNIA ]

---

## 13. Offering and Sales Amounts

Total Offering Amount          USD  or [X] Indefinite

Total Amount Sold        $12,010,000 USD

Total Remaining to be Sold          USD  or [X] Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

[ ] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    [ 89 ]

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $904,500 USD  [ ] Estimate

Finders' Fees $178,500 USD  [ ] Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [X] Estimate

Clarification of Response (if Necessary):

---

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| NFN8 GROUP, INC. | /s/ Josh Moore | Josh Moore | Manager | 2021-09-09 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

### 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names  ☐ None

Entity Type

0001835470

NFN8 Media, LLC

☐ Corporation

Name of Issuer

☐ Limited Partnership

NFN8 GROUP, INC.

☒ Limited Liability Company

Jurisdiction of Incorporation/Organization

☐ General Partnership

NEVADA

☐ Business Trust

Year of Incorporation/Organization

☐ Other (Specify)

☒ Over Five Years Ago

☐ Within Last Five Years (Specify Year)

☐ Yet to Be Formed

---

### 2. Principal Place of Business and Contact Information

Name of Issuer

NFN8 GROUP, INC.

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| AUSTIN | TEXAS | 78750 | 5129142611 |

---

### 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Josh | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship:  ☒ Executive Officer  ☒ Director  ☒ Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| Greene | Steven | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Rodriguez | Cory | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Moore | Jesse | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Allen | Scott | |
| Street Address 1 | Street Address 2 | |
| 13809 RESEARCH BLVD. | SUITE 745 | |
| City | State/Province/Country | ZIP/PostalCode |
| AUSTIN | TEXAS | 78729 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services

    [ ] Commercial Banking

    [ ] Insurance

    [ ] Investing

    [ ] Investment Banking

    [ ] Pooled Investment Fund

Health Care

    [ ] Biotechnology

    [ ] Health Insurance

    [ ] Hospitals & Physicians

    [ ] Pharmaceuticals

    [ ] Other Health Care

[ ] Retailing

[ ] Restaurants

Technology

    [X] Computers

    [ ] Telecommunications

    [ ] Other Technology

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes ☐ No

☐ Other Banking & Financial Services

☒ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

Revenue Range          OR          Aggregate Net Asset Value Range

☐ No Revenues

☐ $1 - $1,000,000

☐ $1,000,001 - $5,000,000

☐ $5,000,001 - $25,000,000

☐ $25,000,001 - $100,000,000

☐ Over $100,000,000

☒ Decline to Disclose

☐ Not Applicable

☐ No Aggregate Net Asset Value

☐ $1 - $5,000,000

☐ $5,000,001 - $25,000,000

☐ $25,000,001 - $50,000,000

☐ $50,000,001 - $100,000,000

☐ Over $100,000,000

☐ Decline to Disclose

☐ Not Applicable

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))

☒ Rule 504 (b)(1)(i)

☒ Rule 504 (b)(1)(ii)

☒ Rule 504 (b)(1)(iii)

☒ Rule 506(b)

☐ Rule 506(c)

☒ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)

☐ Section 3(c)(1)

☐ Section 3(c)(2)

☐ Section 3(c)(3)

☐ Section 3(c)(4)

☐ Section 3(c)(5)

☐ Section 3(c)(6)

☐ Section 3(c)(7)

☐ Section 3(c)(9)

☐ Section 3(c)(10)

☐ Section 3(c)(11)

☐ Section 3(c)(12)

☐ Section 3(c)(13)

☐ Section 3(c)(14)

## 7. Type of Filing

☐ New Notice   Date of First Sale 2020-11-27   ☐ First Sale Yet to Occur

☒ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?   ☐ Yes ☒ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity                                                   ☐ Pooled Investment Fund Interests

☐ Debt                                                     ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security   ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or   ☒ Other (describe)
     Other Right to Acquire Security

Sale Leaseback Contract

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as   ☐ Yes ☒ No
a merger, acquisition or exchange offer?

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $30,000 USD

---

**12. Sales Compensation**

Recipient                                          Recipient CRD Number ☒ None

Randy Wright                                       None

   (Associated) Broker or Dealer ☒ None            (Associated) Broker or Dealer CRD Number ☒ None

None                                               None

Street Address 1                                   Street Address 2

401 Hwy 74 North

City                             State/Province/Country                ZIP/Postal Code

Peachtree City                   GEORGIA                               30269

State(s) of Solicitation (select all that apply)   ☐ All States   ☐ Foreign/non-US
Check "All States" or check individual States

| OREGON |
| FLORIDA |
| GEORGIA |

---

Recipient                                          Recipient CRD Number ☒ None

Paul Campbell                                      None

   (Associated) Broker or Dealer ☒ None            (Associated) Broker or Dealer CRD Number ☒ None

None                                               None

Street Address 1                                   Street Address 2

414 South Pima Ave.

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| West Covina | CALIFORNIA | 91790 |

State(s) of Solicitation (select all that apply)    ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

INDIANA

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Gabriel Meza | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None
None    None

| Street Address 1 | Street Address 2 |
|---|---|
| 11892 Viola Circle | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Corona | CALIFORNIA | 92883-5213 |

State(s) of Solicitation (select all that apply)    ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

MICHIGAN

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Colleen Zaruba | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None
None    None

| Street Address 1 | Street Address 2 |
|---|---|
| 1011 Cactus Ct. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Newbury Park | CALIFORNIA | 91320 |

State(s) of Solicitation (select all that apply)    ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

TEXAS
NEVADA

---

| Recipient | Recipient CRD Number ☒ None |
|---|---|
| Pankaj Motwani | None |

(Associated) Broker or Dealer ☒ None    (Associated) Broker or Dealer CRD Number ☒ None
None    None

| Street Address 1 | Street Address 2 |
|---|---|
| 5619 Cloverdale Blvd. | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Bayside | NEW JERSEY | 11364 |

State(s) of Solicitation (select all that apply)    ☐ All States    ☐ Foreign/non-US
Check "All States" or check individual States

GEORGIA

---

☐

| Recipient | Recipient CRD Number [X] None |
|---|---|
| Jesse Meade | None |

| (Associated) Broker or Dealer [X] None | (Associated) Broker or Dealer CRD Number [X] None |
|---|---|
| None | None |

| Street Address 1 | Street Address 2 |
|---|---|
| 7169 Myrtle Avenue | |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Long Beach | CALIFORNIA | 90805 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    [ ] All States    [ ] Foreign/non-US

[CALIFORNIA]

---

## 13. Offering and Sales Amounts

Total Offering Amount      USD   or [X] Indefinite

Total Amount Sold      $12,640,000 USD

Total Remaining to be Sold      USD   or [X] Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

[ ] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    [100]

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $1,036,500 USD [ ] Estimate

Finders' Fees $178,500 USD [ ] Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [X] Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|--------|-----------|----------------|-------|------|
| NFN8 GROUP, INC. | Josh Moore | Josh Moore | Manager | 2021-10-11 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.