# EXHIBIT K



Google

| nfn8 never missed a payment | × |  | 🔍 |

All   Images   Videos   News   Forums   Shopping   Web   ⋮ More       Tools

NFN8 Group INC.
https://nfn8.com › articles › you-can-harness-the-blockch...   ⋮

### You Can Harness the Blockchain

We have been offering the sale/leaseback for over a year, have started all client lease **payments** within 60 days of purchase and leaseback, and have **never missed** ...

NFN8 Group INC.
https://nfn8.com › NFN8Group_Brochure-2022-web   PDF   ⋮

### SALE/LEASEBACK TRANSACTION

Most importantly, since the first sale/leaseback transaction was consummated, **NFN8** Group has **never** been late or **missed** a **payment** to any of its hundreds of ...
10 pages

GlobeNewswire
https://www.globenewswire.com › 2021/10/19 › NFN8-G...   ⋮

### NFN8 Group Secures New Crypto Miners With 37 Million

Oct 19, 2021 — Since **NFN8** started the sale/leaseback model almost five years ago, the Company has **never missed** a lease **payment** for any reason, even during the ...

NFN8 Group INC.
https://nfn8.com › author › page   ⋮

### u8y7t6c, Author at NFN8 Group INC. - Page 5 of 9

... **payments** within 60 days of purchase and leaseback, and have **never missed** a monthly client **payment** in a marketplace that has fluctuated wildly. Anyone who is ...

LinkedIn
https://www.linkedin.com › posts › felicia-mills-8740762...   ⋮

### Felicia Mills on LinkedIn: NFN8 Group Inc.

4.) **NFN8** Group has **never**, ever **missed a payment** to an investor in our 5+ years in business, and paid over $3M in lease **payments** last year alone.

trustpilot.com
https://www.trustpilot.com › review › nfn8   ⋮