# EXHIBIT L

# Bitmain Antminer S19 Pro Serial Numbers









# Bitmain Antminer S19 XP Serial Numbers







