# EXHIBIT M

← → C ⌂ | trustpilot.com/review/nfn8.com

All Bookmarks

★ Trustpilot    🔍 Search for another company...    Categories    Blog    Log in    For businesses

## NFN8 Group Inc.

★★★★★ 4.8 ⓘ    🔗 nfn8.com    Write a review

👍 Useful    ⤴ Share    ⚑

---

**S**  **Shane Lansing**
1 review    📍 US

★★★★★    May 5, 2023

### It all started with a cold call for an…

It all started with a cold call for an unrelated investment. I told Jesse that the investment was interesting, but more speculative, and did not cashflow. Better knowing my investment criteria, he contacted me about NFN8. The folks at NFN8 helped me set up a business to invest in my Roth IRA. Monthly lease payments have always been timely. I was able to get all of my capital back in 3 years and it continues to cashflow on time, as usual. I would invest with them again because they take all the difficulty out of making money in the world of crypto mining.

**Date of experience:** May 05, 2023

👍 Useful    ⤴ Share    ⚑

---

**JR**  **J. R. Investor**
1 review    📍 US

Block Overstock – Mining Hard...    NFN8 Group Inc. Reviews | Re...    NFN8 Group Inc. | Mining...

trustpilot.com/review/nfn8.com

All Bookmarks

★ Trustpilot    Search for another company...    Categories    Blog    Log in    For businesses

## NFN8 Group Inc.

★★★★★ 4.8 ⓘ    ⧉ nfn8.com    Write a review

---

CA    **Carla**
1 review    ⦿ US

★★★★★ ⊘ Invited    Jul 11, 2022

**I am not sure how NFN8 found me but I...**

I am not sure how NFN8 found me but I am SO thankful they did! Josh Moore guided me in the set up of my self directed IRA. The team convinced me to come onboard early on in 2018 and have fulfilled all of their payments on time just as they promised the terms in the contract. They are always kind and respectful, they communicate clearly and consistently. I could not be more proud of them! I am glad for their continued growth and pleased to be a small part of it! NFN8 is like a lighthouse in life's troubled ocean! Many thanks

**Date of experience:** July 11, 2022

👍 Useful    ⤴ Share    ⚑

---

PA    **Paul**
1 review    ⦿ US

★★★★☆ ⊘ Invited    Aug 11, 2022

**Appreciated the calls on the check...**

Appreciated the calls on the check issue and the account transfer issue. Conversations with staff are always pleasant.

**Date of experience:** August 12, 2022