# EXHIBIT N

| | |
|---|---|
| **Subject:** | Time-Sensitive Legal Demand and Supplemental Notice Regarding NFN8's Fraud and Breach re: Investors |

---

**From:** Gerry Miller <gmiller@gmmillerlaw.com>
**Sent:** Monday, October 7, 2024 1:07 PM
**To:** Ram, Ashwin <aram@steptoe.com>; John Durrant <john@durrantlawfirm.com>
**Cc:** Josh Moore <josh@nfn8.com>; Cory Rodriguez <cory@nfn8.com>
**Subject:** [EXTERNAL] RE: Time-Sensitive Legal Demand and Supplemental Notice Regarding NFN8's Fraud and Breach re: Investors

Mr. Ram,

I represent NFN8 and tried calling you this afternoon. I was unable to leave a voice message so decided to e-mail you.

While your letter included a deadline of October 10 for us to respond, the nature of your requests and the fact that your e-mail was sprung on us after we believed we were succeeding in coming up with a reasonable resolution with John Durrant. We were waiting for some kind of response to him to our latest proposal, in which our biggest objection was the stipulated judgment. Unfortunately, it appears your letter and complaint is the response. We still believe we can achieve an agreement but need at least a couple of weeks to analyze even more closely both cash flows and additional assurances that will be satisfactory. I will tell you that the payment of the repurchase amount is a top priority which we will do everything we can do complete it in the next couple of months.

As to the remaining issues, we want to strike a deal that we know we can fulfill and not put the company into a situation where your client can take over the assets of the company without letting it proceed with its plans. From my last conversation with your client and John, I don't believe your client wants to destroy the company and force it into a bankruptcy. I also understand that your client has been invited to visit the company's Texas site to see that operations are ongoing and that the company is fully functional. I also understand your client had previously sent a representative to inspect NFN8's operations and came away with positive opinions.

We ask for an additional two weeks to respond to your letter so that we can further discuss resolving this matter.

Very truly yours,

Gerry Miller

Gerald Miller
Gerald M. Miller Ltd.
707 Skokie Blvd.
Suite 600
Northbrook, IL 60062
(312) 786-5107(office)
(847) 217-0857(cell)

---

**From:** Ram, Ashwin <aram@steptoe.com>
**Sent:** Thursday, October 3, 2024 12:03 AM
**To:** info@nfn8.com; office@nfn8.com; Gerry Miller <gmiller@gmmillerlaw.com>; josh@nfn8.com; cory@nfn8.com

1

**Cc:** john@durrantlawfirm.com; Stancil, Paul <pstancil@steptoe.com>; Isaak, David <disaak@steptoe.com>; Richardson, Gerald <gerichardson@steptoe.com>; aortizcalderon@Steptoe.com. <aortizcalderon@Steptoe.com>
**Subject:** Time-Sensitive Legal Demand and Supplemental Notice Regarding NFN8's Fraud and Breach re: Investors

Messrs. Miller, Moore, and Rodriguez:  Please see the attached time-sensitive legal correspondence and supplemental notice regarding NFN8's fraudulent conduct and breach with respect to investors.

We appreciate your prompt attention to this matter.

**Ashwin J. Ram**
Partner

Steptoe

Steptoe LLP | 633 West Fifth Street Suite 1900 | Los Angeles, CA 90071
+1 213 439 9443 direct | +1 213 369 5934 mobile | aram@steptoe.com | www.steptoe.com  | Steptoe Bio

Steptoe LLP | One Market Plaza, Steuart Tower Suite 1070 | San Francisco, CA 94105
+1 415 365 6700 direct

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.