UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MOBILE MED WORK HEALTH SOLUTIONS, INC.;** <br> **JLL VENTURES, INC.; and** <br> **M-M WHS LLC** <br><br> *Plaintiffs,* <br><br> v.- <br><br> **JOSHUA MOORE; CORY RODRIGUEZ; NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC;** <br><br> *Defendants.* | Case No. 1:24-CV-01219 <br><br> Judge: The Honorable Robert L. Pitman |

## PLAINTIFFS' REQUEST TO TREAT THEIR OPPOSED MOTION FOR EXPEDITED DISCOVERY AND REQUEST FOR A HEARING (Doc. 20) AS AN <u>EMERGENCY MOTION</u>

On October 25, 2024, Plaintiffs Mobile Med Work Health Solutions, Inc., JLL Ventures, Inc., and M-M WHS LLC ("Plaintiffs") filed Plaintiffs' Opposed Motion for Expedited Discovery and Request for a Hearing ("Motion"). Dkt. 20. In light of the exigencies of the situation and the Court's indication that it intends both to grant Plaintiffs discovery and schedule a preliminary injunction hearing as quickly as practicable, Plaintiffs respectfully request that the Court treat the Motion as an emergency filing and set a hearing on the Motion as soon as possible.

| | |
|---|---|
| October 27, 2024 | Respectfully submitted,<br><br>**STEPTOE LLP**<br><br>*/s/ David Isaak*<br>Hector R. Chavez<br>Texas State Bar No. 24078335<br>*Admitted to practice in W.D. Tex*<br>David Isaak<br>Texas State Bar No. 24012887<br>*Admitted Pro Hac Vice*<br>Paul Stancil<br>Texas State Bar No. 00797488<br>*Admitted Pro Hac Vice*<br>717 Texas Avenue, Suite 2800<br>Houston, Texas 77002<br>Telephone (713) 221-2300<br>disaak@steptoe.com<br>pstancil@steptoe.com<br><br>Ashwin Ram<br>*Admitted Pro Hac Vice*<br>California State Bar No. 277513<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071<br>aram@steptoe.com<br><br>**THE DURRANT LAW FIRM, APC**<br><br>John S. Durrant<br>*Admitted Pro Hac Vice*<br>California State Bar No. 217345<br>john@durrantlawfirm.com<br>2337 Roscomare Rd., Suite 2-180<br>Los Angeles, CA 90077<br>Telephone: (424) 273-1962<br><br>**COUNSEL FOR MOBILE MED WORK HEALTH SOLUTIONS, INC.; JLL VENTURES, INC.; AND M-M WHS LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2024, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

*/s/ David Isaak*
David Isaak
