# EXHIBIT 1

**SilverFlume** (/HelpNDoc/Index?
(https://www.nvsilverflume.gov/home) ControllerName=EntitySearch&ActionName=BusinessInformation)

Logout

(/Account/Logout)

## BusinessInformation

### Entity Information

#### Entity Information

**Entity Name:**

NFN8 CAPITAL LLC

**Entity Number:**

E34612612023-3

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

09/06/2023

**NV Business ID:**

NV20232883856

**Termination Date:**

**Annual Report Due Date:**

9/30/2025

**Compliance Hold:**

**Series LLC:**

☐   **Restricted LLC:**   ☐

10/25/24, 9:12 AM

Case 1:24-cv-01219-RP   Document 22-2   Filed 10/29/24   Page 3 of 9
SilverFlume Nevada's Business Portal to start/manage your business

**SilverFlume**
NEVADA'S BUSINESS PORTAL

(/HelpNDoc/Index?
ControllerName=EntitySearch&ActionName=BusinessInformation)
(https://www.nvsilverflume.gov/home)

Logout
(/Account/Logout)

≡

(tLogin)

ᐧh?

## REGISTERED AGENT SOLUTIONS, INC.*

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

CALIFORNIA

**Street Address:**

187 E WARM SPRINGS ROAD SUITE B, Las Vegas, NV, 89119, USA

**Mailing Address:**

### OFFICER INFORMATION

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | NFN8 Holdings LLC | 187 E Warm Springs Road, Suite B, Las Vegas, NV, 89119, USA | 09/06/2023 | Active |

Page 1 of 1, records 1 to 1 of 1

/Help/Doc/Index?

**SilverFlume**

Logout

trollerName=EntitySearch&ActionName=BusinessPreviousQualification)    (/Account/Logout)
(https://www.nvsilverflume.gov/home)

≡

## Mergers/Conversions

### Entity Information

**Entity Name:**

NFN8 CAPITAL LLC

**Entity Number:**

E34612612023-3

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

09/06/2023

**NV Business ID:**

NV20232883856

**Termination Date:**

**Annual Report Due Date:**

9/30/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**    ☐

SilverFlume

/HelpNDoc/Index?

Logout

(https://www.nvsilverflume.gov/home)    (/Account/Logout)

ControllerName=EntitySearch&ActionName=BusinessPreviousQualification)

≡

| NFN8 Media  (/EntitySearch/BusinessInformation) LLC | Articles of Merger | 02/01/2024 |

Page 1 of 1, records 1 to 1 of 1

tLogin)

Back        Return to Search      Return to Results

:h?

**SilverFlume**

(Help/Doc/Index?
(https://www.nvsilverflume.gov/home) ControllerName=EntitySearch&ActionName=BusinessInformation)

Logout

(/Account/Logout)

≡  BusinessInformation

---

## Entity Information

### Entity Information

**Entity Name:**

NFN8 HOLDINGS LLC

**Entity Number:**

E33986552023-5

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

08/07/2023

**NV Business ID:**

NV20232862636

**Termination Date:**

**Annual Report Due Date:**

8/31/2025

**Compliance Hold:**

**Series LLC:**

☐  **Restricted LLC:**  ☐

10/25/24, 9:04 AM
Case 1:24-cv-01219-RP   Document 22-2   Filed 10/29/24   Page 7 of 9
SilverFlume Nevada's Business Portal to start/manage your business

**SilverFlume**
(https://www.nvsilverflume.gov/home)

(/HelpNDoc/Index?
ControllerName=EntitySearch&ActionName=BusinessInformation)

Logout
(/Account/Logout)

REGISTERED AGENT SOLUTIONS, INC.*

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

CALIFORNIA

**Street Address:**

187 E WARM SPRINGS ROAD SUITE B, Las Vegas, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | NFN8 Group, Inc. | 530 S 8th St, Las Vegas, NV, 89101, USA | 08/07/2023 | Active |

Page 1 of 1, records 1 to 1 of 1

/HelpNDoc/Index?

SilverFlume

itrollerName=EntitySearch&ActionName=BusinessPreviousQualification)    (/Account/Logout)
(https://www.nvsilverflume.gov/home)

Logout

ΙtLogin)

## Mergers/Conversions

### Entity Information

**Entity Name:**

NFN8 HOLDINGS LLC

**Entity Number:**

E33986552023-5

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

08/07/2023

**NV Business ID:**

NV20232862636

**Termination Date:**

**Annual Report Due Date:**

8/31/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:** ☐

10/25/24, 9:07 AM
Case 1:24-cv-01219-RP    Document 22-2    Filed 10/29/24    Page 9 of 9
SilverFlume Nevada's Business Portal to start/manage your business

/Help\Doc/Index?
**SilverFlume**
trollerName=EntitySearch&ActionName=BusinessPreviousQualification)
(https://www.nvsilverflume.gov/home)

Logout
(/Account/Logout)

≡

| CryptoTech Holdings, LLC | (/EntitySearch/BusinessInformation) | Articles of Merger | 02/01/2024 |

Page 1 of 1, records 1 to 1 of 1

tLogin)

Back        Return to Search        Return to Results