# EXHIBIT 2

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697




Jane Nelson
Secretary of State

# Office of the Secretary of State

## Packing Slip

March 25, 2024
Page 1 of 1

Attn: Gerald Miller
LAW OFFICES OF GERALD M. MILLER, LTD.
707 Skokie Boulevard
Suite 600
Northbrook, IL 60062

Batch Number: **134609646** Batch Date: **03-15-2024**
Client ID: **979487246** Return Method: **Mail**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| **1346096460002** | **Certificate of Merger** | **NFN8 Media, LLC** | **0** | **$300.00** |
| **1346096460003** | **Certificate of Merger** | **CryptoTech Holdings, LLC** | **0** | **$300.00** |
| | | | **Total Fees:** | **$600.00** |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| **Check** | **Received** | **2078** | **$600.00** |
| | | **Total:** | **$600.00** |

**Total Amount Charged to Client Account:** **$0.00**
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: Not Found

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jane Nelson
Secretary of State

# Office of the Secretary of State

March 25, 2024

Attn: Gerald Miller

LAW OFFICES OF GERALD M. MILLER, LTD.
707 Skokie Boulevard, Suite 600
Northbrook, IL 60062 USA

RE:
NFN8 Capital, LLC ( File Number: Not Applicable )

It has been our pleasure to approve and place on record the filing instrument effecting a merger. The appropriate evidence of filing is attached for your files. Payment of the filing fee is acknowledged by this letter.

If we can be of further service at any time, please let us know.

Sincerely,

Corporations Section
Business & Public Filings Division
(512) 463-5555

Enclosure

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jane Nelson
Secretary of State



# Office of the Secretary of State

## CERTIFICATE OF MERGER

The undersigned, as Secretary of State of Texas, hereby certifies that a filing instrument merging

NFN8 Media LLC
Domestic Limited Liability Company (LLC)
[File Number: 801220487]

Into

NFN8 Capital, LLC
Foreign Limited Liability Company (LLC)
Nevada, USA
[Entity not of Record, Filing Number Not Available]

has been received in this office and has been found to conform to law.

Accordingly, the undersigned, as Secretary of State, and by the virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing the acceptance and filing of the merger on the date shown below.

Dated: 03/15/2024

Effective: 03/15/2024






Jane Nelson
Secretary of State

**Form 622**
**(Revised 12/15)**
Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: see instructions**



**Certificate of Merger**
**Combination Merger**
**Business Organizations Code**

This space reserved for office use.

FILED
In the Office of the
Secretary of State of Texas
MAR 15 2024
Corporations Section

## Parties to the Merger

Pursuant to chapter 10 of the Texas Business Organizations Code, and the title applicable to each domestic filing entity identified below, the undersigned parties submit this certificate of merger.

The name, organizational form, state of incorporation or organization, and file number, if any, issued by the secretary of state for each organization that is a party to the merger are as follows:

Party 1

NFN8 Media, LLC
*Name of Organization*

The organization is a limited liability company
*Specify organizational form (e.g., for-profit corporation)*
It is organized under the laws of

*State* *Country*
The file number, if any, is 801220487
*Texas Secretary of State file number*

Its principal place of business is 13809 Research Blvd *Address* Austin *City* Texas *State*

☐ The organization will survive the merger. ☒ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

*Name as Amended*

Party 2

NFN8 Capital, LLC
*Name of Organization*

The organization is a limited liability company
*Specify organizational form (e.g., for-profit corporation)*
It is organized under the laws of

Nevada U.S.A.
*State* *Country*
The file number, if any, is
*Texas Secretary of State file number*

Its principal place of business is 13809 Research Blvd *Address* Austin *City* Texas *State*

☒ The organization will survive the merger. ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

*Name as Amended*

Party 3

*Name of Organization*

______________________________ The file number, if any, is ______________________

*State Country* *Texas Secretary of State file number*

Its principal place of business is ______________________________________________

*Address City State*

☐ The organization will survive the merger. ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

______________________________________________________________________

*Name as Amended*

**Plan of Merger**

☐ The plan of merger is attached.

*If the plan of merger is not attached, the following statements must be completed.*

**Alternative Statements**

Instead of providing the plan of merger, each domestic filing entity certifies that:

1. A plan of merger is on file at the principal place of business of each surviving, acquiring, or new domestic entity or non-code organization that is named in this form as a party to the merger or an organization created by the merger. YES

2. On written request, a copy of the plan of merger will be furnished without cost by each surviving, acquiring, or new domestic entity or non-code organization to any owner or member of any domestic entity that is a party to or created by the plan of merger and, if the certificate of merger identifies multiple surviving domestic entities or non-code organizations, to any creditor or oblige of the parties to the merger at the time of the merger if a liability or obligation is then outstanding. YES

*Item 3A is the default selection. If the merger effected an amendment to, a restatement of, or an amendment and restatement of the certificate of formation of a surviving filing entity, you must select and complete one of the options shown below. Options 3B and 3C require the submission of the described attachment.*

3A. No amendments to the certificate of formation of any surviving filing entity that is a party to the merger are effected by the merger.

3B. ☐ No amendments to the certificate of formation of any filing entity are being effected by the merger or by the restated certificate of formation of the surviving filing entity named in the attached restated certificate of formation.

3C. ☐ The plan of merger effected an amendment and restatement of the certificate of formation of a surviving filing entity. The amendments being made and the name of the surviving entity restating its certificate of formation are set forth in the attached restated certificate of formation containing amendments.

3D. ☐ The plan of merger effected amendments or changes to the following surviving filing entity's certificate of formation.

______________________________________________________________________

*Name of filing entity effecting amendments*

*Amendment Text Area*

4. Organizations Created by Merger

The name, jurisdiction of organization, principal place of business address, and entity description of each entity or other organization to be created pursuant to the plan of merger are set forth below. The certificate of formation of each new domestic filing entity to be created is being filed with this certificate of merger.

*Name of New Organization 1* | *Jurisdiction* | *Entity Type (See instructions)*

*Principal Place of Business Address* | *City* | *State* | *Zip Code*

*Name of New Organization 2* | *Jurisdiction* | *Entity Type (See instructions)*

*Principal Place of Business Address* | *City* | *State* | *Zip Code*

*Name of New Organization 3* | *Jurisdiction* | *Entity Type (See instructions)*

*Principal Place of Business Address* | *City* | *State* | *Zip*

**Approval of the Plan of Merger**

The plan of merger has been approved as required by the laws of the jurisdiction of formation of each organization that is a party to the merger and by the governing documents of those organizations.

☑ The approval of the owners or members of NFN8 Media, LLC
*Name of domestic entity*
was not required by the provisions of the BOC.

**Effectiveness of Filing** (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is accepted and filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: ____________

C. ☐ This document takes effect on the occurrence of the future event or fact, other than the

*Text Area*

## Tax Certificate

☐ Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid by the non-surviving filing entity.

☒ Instead of providing the tax certificate, one or more of the surviving, acquiring or newly created organizations will be liable for the payment of the required franchise taxes.

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Business Organizations Code, or other law applicable to and governing the merging entity, to execute the filing instrument.

Date: 3-11-24

NFN8 Media, LLC
Merging Entity Name

[signature]
Signature of authorized person (see instructions)

Josh Moore
Printed or typed name of authorized person

NFN8 Capital, LLC
Merging Entity Name

[signature]
Signature of authorized person (see instructions)

Josh Moore
Printed or typed name of authorized person

Merging Entity Name

Signature of authorized person (see instructions)


Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697




Jane Nelson
Secretary of State

# Office of the Secretary of State

March 25, 2024

Attn: Gerald Miller

LAW OFFICES OF GERALD M. MILLER, LTD.
707 Skokie Boulevard, Suite 600
Northbrook, IL 60062 USA

RE:
NFN8 Holdings, LLC ( File Number: Not Applicable )

It has been our pleasure to approve and place on record the filing instrument effecting a merger. The appropriate evidence of filing is attached for your files. Payment of the filing fee is acknowledged by this letter.

If we can be of further service at any time, please let us know.

Sincerely,

Corporations Section
Business & Public Filings Division
(512) 463-5555

Enclosure

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697




Jane Nelson
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF MERGER

The undersigned, as Secretary of State of Texas, hereby certifies that a filing instrument merging

CryptoTech Holdings, LLC
Domestic Limited Liability Company (LLC)
[File Number: 803258696]

Into

NFN8 Holdings, LLC
Foreign Limited Liability Company (LLC)
Nevada, USA
[Entity not of Record, Filing Number Not Available]

has been received in this office and has been found to conform to law.

Accordingly, the undersigned, as Secretary of State, and by the virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing the acceptance and filing of the merger on the date shown below.

Dated: 03/15/2024

Effective: 03/15/2024






Jane Nelson
Secretary of State

**Form 622**
**(Revised 12/15)**
Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: see instructions**




**Certificate of Merger**
**Combination Merger**
**Business Organizations Code**

This space reserved for office use.

FILED
In the Office of the
Secretary of State of Texas
MAR 15 2024
Corporations Section

**Parties to the Merger**

Pursuant to chapter 10 of the Texas Business Organizations Code, and the title applicable to each domestic filing entity identified below, the undersigned parties submit this certificate of merger.

The name, organizational form, state of incorporation or organization, and file number, if any, issued by the secretary of state for each organization that is a party to the merger are as follows:

Party 1

CryptoTech Holdings, LLC
*Name of Organization*

The organization is a limited liability company (*Specify organizational form (e.g., for-profit corporation)*) It is organized under the laws of Texas (*State*) U.S.A. (*Country*). The file number, if any, is 803258696 (*Texas Secretary of State file number*)

Its principal place of business is 13809 Research Blvd. (*Address*) Austin (*City*) Texas (*State*)

☐ The organization will survive the merger. ☒ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

*Name as Amended*

Party 2

NFN8 Holdings, LLC
*Name of Organization*

The organization is a limited liability company (*Specify organizational form (e.g., for-profit corporation)*) It is organized under the laws of Nevada (*State*) U.S.A. (*Country*). The file number, if any, is (*Texas Secretary of State file number*)

Its principal place of business is 13809 Research Blvd (*Address*) Austin (*City*) Texas (*State*)

☒ The organization will survive the merger. ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

*Name as Amended*

Party 3

The file number, if any, is ______________________

*State* *Country* *Texas Secretary of State file number*

Its principal place of business is ______________________

*Address* *City* *State*

☐ The organization will survive the merger. ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

______________________

*Name as Amended*

**Plan of Merger**

☐ The plan of merger is attached.

*If the plan of merger is not attached, the following statements must be completed.*

**Alternative Statements**

Instead of providing the plan of merger, each domestic filing entity certifies that:

1. A plan of merger is on file at the principal place of business of each surviving, acquiring, or new domestic entity or non-code organization that is named in this form as a party to the merger or an organization created by the merger. YES

2. On written request, a copy of the plan of merger will be furnished without cost by each surviving, acquiring, or new domestic entity or non-code organization to any owner or member of any domestic entity that is a party to or created by the plan of merger and, if the certificate of merger identifies multiple surviving domestic entities or non-code organizations, to any creditor or oblige of the parties to the merger at the time of the merger if a liability or obligation is then outstanding. YES

*Item 3A is the default selection. If the merger effected an amendment to, a restatement of, or an amendment and restatement of the certificate of formation of a surviving filing entity, you must select and complete one of the options shown below. Options 3B and 3C require the submission of the described attachment.*

3A. No amendments to the certificate of formation of any surviving filing entity that is a party to the merger are effected by the merger.

3B. ☐ No amendments to the certificate of formation of any filing entity are being effected by the merger or by the restated certificate of formation of the surviving filing entity named in the attached restated certificate of formation.

3C. ☐ The plan of merger effected an amendment and restatement of the certificate of formation of a surviving filing entity. The amendments being made and the name of the surviving entity restating its certificate of formation are set forth in the attached restated certificate of formation containing amendments.

3D. ☐ The plan of merger effected amendments or changes to the following surviving filing entity's certificate of formation.

______________________

*Name of filing entity effecting amendments*

The changes or amendments to the filing entity's certificate of formation, other than the name change