IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MOBILE MED WORK HEALTH SOLUTIONS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSHUA MOORE, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. 1:24-CV-01219-RP |

**JOINT MOTION TO ENTER CONFIDENTIALITY AND PROTECTIVE ORDER**

The Parties ask the Court to enter the proposed Confidentiality and Protective Order attached hereto as Exhibit A[1] and in support state as follows:

1. The Parties have conferred and stipulated to a Confidentiality and Protective Order in the form set out in Appendix H-2 to the Western District of Texas's Local Rules, which is attached hereto as Exhibit A.

2. This proposed Confidentiality and Protective Order is necessary to ensure the confidentiality of certain sensitive information and documents that will be exchanged in this case.

3. This Court has good cause to enter that proposed Order under Rule 26 of the Federal Rules of Civil Procedure.

4. The Parties thus respectfully request that this Court enter the proposed Confidentiality and Protective Order, attached hereto as Exhibit A.

---

[1] Defendants jointly submit this request in light of the Court's order granting in part and denying in part Plaintiffs' motion for expedited discovery. Dkt. 25 (Order). Defendants do so without waiving any rights to have this matter resolved in arbitration or to a stay under 9 U.S.C. § 3 or 15 U.S.C. § 78u-4.

| | |
|---|---|
| Dated: November 7, 2024 | Respectfully submitted, |
| | |
| */s/ Paul Stancil*_____ | */s/ Christopher R.J. Pace* |
| STEPTOE LLP | Christopher R.J. Pace |
| Hector R. Chavez | crjpace@winston.com |
| Texas State Bar No. 24078335 | Texas State Bar No. 789534 |
| 717 Texas Avenue, Suite 2800 | Winston & Strawn LLP |
| Houston, Texas 77002 | 2121 North Pearl Street, Suite 900 |
| Telephone (713) 221-2300 | Dallas, TX 75201 |
| hchavez@steptoe.com | Telephone: 214.453.6500 |
| | Facsimile:  214.453.6400 |
| Ashwin Ram | |
| California State Bar No. 277513 | *Attorney for Defendants* |
| 633 West Fifth Street, Suite 1900 | |
| Los Angeles, CA 90071 | |
| aram@steptoe.com | |
| | |
| David Isaak | |
| Texas State Bar No. 24012887 | |
| Paul Stancil | |
| Texas State Bar No. 00797488 | |
| 717 Texas Avenue, Suite 2800 | |
| Houston, Texas 77002 | |
| Telephone (713) 221-2300 | |
| disaak@steptoe.com | |
| pstancil@steptoe.com | |
| | |
| -AND- | |
| | |
| THE DURRANT LAW FIRM, APC | |
| John S. Durrant | |
| California State Bar No. 217345 | |
| john@durrantlawfirm.com | |
| 2337 Roscomare Rd., Suite 2180 | |
| Los Angeles, CA 90077 | |
| *Tel: 424.273.1962* | |
| | |
| *Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of November, 2024, I caused the foregoing document to be electronically filed using the CM/ECF system, which automatically sends notification of such filing to all counsel of record.

                                      */s/ Christopher R.J. Pace*
                                      Christopher R.J. Pace