# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MOBILE MED WORK HEALTH SOLUTIONS, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>JOSHUA MOORE, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO. 1:24-CV-01219-RP |

**ORDER**

BEFORE THE COURT is the Defendants' Opposed Motion to Compel Discovery. The Court, having considered the briefs on file and all arguments of counsel, hereby find that Defendants' Motion to Compel Discovery is well-taken and is therefore GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs shall produce the following within ____ business days of this Order, which incorporates the definitions of "Plaintiffs" and "PVC" provided in Defendants' First Set of Interrogatories and Requests for Production:

1. For the past 36 months to present, produce the following annual, and to the extent they exist, monthly and/or quarterly financial statements—indicating whether audited or unaudited—for Plaintiffs and PVC:
   (a) Profit and Loss and/or Income Statements
   (b) Balance Sheets, and
   (c) Statements of Cash Flows
2. For the past 36 months to present, produce all monthly (or, if only available quarterly, then quarterly) bank statements for Plaintiffs and PVC.

It is SO ORDERED this _____ day of _____, 2024.

                                                                                    _____
                                                                                    ROBERT PITMAN
                                                                                    United States District Judge

1