# EXHIBIT C

| | |
|---|---|
| **From:** | Pace, Chris |
| **To:** | Isaak, David; Stancil, Paul; Ram, Ashwin |
| **Cc:** | Plasencia, Gabriela; Saathoff, Austin E. |
| **Subject:** | [EXTERNAL] NFN8/Mobile Med: Crypto wallet information and accountants information |
| **Date:** | Monday, November 11, 2024 7:19:26 PM |
| **Attachments:** | NFN8-00001 Crypto Wallets (password protected).pdf |

David, Paul and Ashwin:

Attached is a password-protected document containing crypto wallet labels and public keys. I will send you the password for the document in a separate email.



Thanks
Chris

**Christopher R.J. Pace**
**Partner**

Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201

D: +1 214-453-6565

M: +1 512-730-0001

F: +1 214-453-6400

VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any

other taxpayer) to avoid penalties under applicable tax laws and regulations.