# EXHIBIT E

| | |
|---|---|
| **From:** | Isaak, David |
| **To:** | Pace, Chris; Saathoff, Austin E. |
| **Cc:** | Stancil, Paul; Becerra, Michelle; Vargo, Jamie R. |
| **Subject:** | NFN9--Wallet information |
| **Date:** | Tuesday, November 19, 2024 5:52:47 PM |

Chris and Austin:

Our preliminary review of the cryptocurrency wallet information you provided raises two questions, both of which fall within the ambit of the court-ordered production of all of defendants' cryptocurrency wallets. First, can you please ask your clients to verify that they have produced **all** wallet addresses into which mining proceeds have been deposited? This includes verification that we have all wallet addresses that your clients have successfully whitelisted (whether currently or in the past) with ▮▮▮▮▮ for the receipt of mining awards, along with verification that we have all wallet addresses from which any Defendant has received mining awards or revenue from any other source.

Second, the results of our preliminary review of the wallet information you have provided suggest that, at minimum, Defendants or their proxies own or control 31 additional previously undisclosed wallet addresses as well. Accordingly, please verify that Defendants or their proxies own or control the following wallet addresses:





Our investigation into the behavioral and transactional heuristics associated with these addresses indicates they are closely tied to the wallet addresses NFN8 has already produced. The logical implication of our analysis is that Defendants or their proxies either own or control those wallets, because the observed movement of cryptocurrency between these wallets and the identified NFN8 wallets is inconsistent with the behavior of independent third parties acting at arm's length.

Given our compressed schedule, please provide your response to this inquiry no later than 5:00 PM CST on Thursday, November 21. Thank you.

**David Isaak**
Partner

Steptoe LLP | 717 Texas Avenue Suite 2800 | Houston, TX 77002
+1 713 221 2352 direct | +1 713 858 9851 mobile | disaak@steptoe.com | www.steptoe.com | Steptoe Bio