# EXHIBIT H

| | |
|---|---|
| **From:** | Vargo, Jamie R. |
| **To:** | Isaak, David; Becerra, Michelle; Saathoff, Austin E.; Stancil, Paul |
| **Cc:** | Pace, Chris; Stewart, Shontel |
| **Subject:** | [EXTERNAL] RE: [NFN8] M&C Follow-Up -- Box Link Permissions for Production |
| **Date:** | Wednesday, November 13, 2024 10:01:16 PM |
| **Attachments:** | image006.png |
| | image007.png |

https://winston.box.com/s/bkhfi2supesemxca9p1rrggvxus23wy3

All, additional documents have been added to the box folder – link above. Please let me know if you have any access issues.

Thanks so much!

**Jamie Vargo**

**Paralegal**

Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201

D: +1 214-453-6490

M: +1 865-973-6068

F: +1 214-453-6400

VCard | Email | winston.com



**From:** Vargo, Jamie R.
**Sent:** Tuesday, November 12, 2024 7:12 PM
**To:** Isaak, David <disaak@steptoe.com>; Becerra, Michelle <mbecerra@steptoe.com>; Saathoff, Austin E. <ASaathoff@winston.com>; Stancil, Paul <pstancil@steptoe.com>
**Cc:** Pace, Chris <CRJPace@winston.com>; Stewart, Shontel <sstewart@steptoe.com>
**Subject:** RE: [NFN8] M&C Follow-Up -- Box Link Permissions for Production

All, the link to access is below. You should also have received an invite directly from Box.

Thanks. Let me know if you have any problems!

https://winston.box.com/s/i4qqyy9ya49bn2qkxp1gy0inoxovl2yq

**From:** Isaak, David <disaak@steptoe.com>
**Sent:** Tuesday, November 12, 2024 5:44 PM
**To:** Vargo, Jamie R. <JVargo@winston.com>; Becerra, Michelle <mbecerra@steptoe.com>; Saathoff, Austin E. <ASaathoff@winston.com>; Stancil, Paul <pstancil@steptoe.com>

**Cc:** Pace, Chris <CRJPace@winston.com>; Stewart, Shontel <sstewart@steptoe.com>
**Subject:** RE: [NFN8] M&C Follow-Up -- Box Link Permissions for Production

Hi Jamie,

Both Michelle and I have set up Box accounts.  You can send us the link with the documents whenever ready.   Thanks,

David

---

**From:** Vargo, Jamie R. <JVargo@winston.com>
**Sent:** Tuesday, November 12, 2024 4:52 PM
**To:** Becerra, Michelle <mbecerra@steptoe.com>; Isaak, David <disaak@steptoe.com>; Saathoff, Austin E. <ASaathoff@winston.com>; Stancil, Paul <pstancil@steptoe.com>
**Cc:** Pace, Chris <CRJPace@winston.com>; Stewart, Shontel <sstewart@steptoe.com>
**Subject:** [EXTERNAL] RE: [NFN8] M&C Follow-Up -- Box Link Permissions for Production

No, not Drop Box.. Box

See attached access info.  When completed, I will forward the link.  Thanks.

---

**From:** Becerra, Michelle <mbecerra@steptoe.com>
**Sent:** Tuesday, November 12, 2024 4:50 PM
**To:** Isaak, David <disaak@steptoe.com>; Saathoff, Austin E. <ASaathoff@winston.com>; Stancil, Paul <pstancil@steptoe.com>
**Cc:** Pace, Chris <CRJPace@winston.com>; Vargo, Jamie R. <JVargo@winston.com>; Stewart, Shontel <sstewart@steptoe.com>
**Subject:** RE: [NFN8] M&C Follow-Up -- Box Link Permissions for Production

Is that Dropbox?

**Michelle Becerra**
Senior Paralegal

Steptoe

Steptoe LLP | 717 Texas Avenue Suite 2800 | Houston, TX 77002
+1 713 221 2307 direct | mbecerra@steptoe.com | www.steptoe.com

---

**From:** Isaak, David <disaak@steptoe.com>
**Sent:** Tuesday, November 12, 2024 4:48 PM
**To:** Saathoff, Austin E. <ASaathoff@winston.com>; Stancil, Paul <pstancil@steptoe.com>
**Cc:** Pace, Chris <CRJPace@winston.com>; Vargo, Jamie R. <JVargo@winston.com>; Becerra, Michelle <mbecerra@steptoe.com>; Stewart, Shontel <sstewart@steptoe.com>
**Subject:** RE: [NFN8] M&C Follow-Up -- Box Link Permissions for Production

Hi Austin,

Please copy everyone copied on this email.  Thanks,

Michelle, can you please confirm with practice support that we can receive downloads through Box?

Thanks,

David

---

**From:** Saathoff, Austin E. <ASaathoff@winston.com>
**Sent:** Tuesday, November 12, 2024 4:31 PM
**To:** Stancil, Paul <pstancil@steptoe.com>; Isaak, David <disaak@steptoe.com>
**Cc:** Pace, Chris <CRJPace@winston.com>; Vargo, Jamie R. <JVargo@winston.com>
**Subject:** [EXTERNAL] [NFN8] M&C Follow-Up -- Box Link Permissions for Production

Hello David and Paul,

We just confirmed with Jamie Vargo our paralegal (cc'd) that the production will be through Box. Could you please let us know which email addresses you would like us to give access permissions to for that download link?

We will include the two of you and know that you mentioned that you would be providing contact information for Michelle as well, but please let us know if there is anyone else from your team that you would like to have access to that production link.

Thanks,

Austin

**Austin Saathoff**

**Associate Attorney**

Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201

D: +1 214-453-6395

VCard | Email | winston.com



---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without

the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.