# EXHIBIT I

| | |
|---|---|
| **From:** | Vargo, Jamie R. |
| **To:** | Becerra, Michelle; Stewart, Shontel; Stancil, Paul; Isaak, David |
| **Cc:** | Saathoff, Austin E.; Pace, Chris |
| **Subject:** | [EXTERNAL] NFN8 - Document Production |
| **Date:** | Saturday, November 16, 2024 2:42:27 AM |

https://winston.box.com/s/ho9k9hv2b9m31tahg46hqwqqrumnvegk

Counsel, please use link above to download additional documents produced by NFN8.

Please let me know if you have any difficulties. Thank you.


**Jamie Vargo**

**Paralegal**

Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201

D: +1 214-453-6490

M: +1 865-973-6068

F: +1 214-453-6400

VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.