# EXHIBIT J

| | |
|---|---|
| **From:** | Vargo, Jamie R. |
| **To:** | Becerra, Michelle; Stewart, Shontel; Becerra, Michelle; Stancil, Paul |
| **Cc:** | Pace, Chris; Saathoff, Austin E. |
| **Subject:** | [EXTERNAL] NFN 8 Production |
| **Date:** | Monday, November 18, 2024 11:29:20 PM |
| **Attachments:** | NFN8 - Defendants" Objections and Responses to Plaintiffs" First Set of RFPs and ROGs - 2024.11.18.pdf |

Counsel,

Please see link below, also sent directly from Box to access NFN8's production of today's date.

Also attached are Defendant's Discovery Responses.

https://winston.box.com/s/l32jtfacany0qp9y7ukvgdrjel2s43rm

Please let me know if you have any issues downloading/accessing same.


### Jamie Vargo

**Paralegal**

Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201

D: +1 214-453-6490

M: +1 865-973-6068

F: +1 214-453-6400

VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.