# EXHIBIT K

| | |
|---|---|
| **From:** | Isaak, David |
| **To:** | White, Tina; CRJPace@winston.com; Saathoff, Austin E. |
| **Cc:** | Stancil, Paul; Stewart, Shontel; Becerra, Michelle; Ramos, Christina |
| **Subject:** | RE: Case No. AU:24-cv-01219-RP; Mobile Med Work Health Solutions, Inc. et al v. Joshua Moore, et al |
| **Date:** | Wednesday, November 20, 2024 8:31:59 PM |
| **Attachments:** | image001.png<br>2024.11.20 Plaintiff"s 2nd RFP.pdf<br>image004.png |

Chris/Austin,

Regarding this request, in lieu of the requested documents, we also would accept access to the applicable API (Application Programming Interface) for each exchange account that Defendants participated in. If the API is available, we would need the API keys, access credentials, and any relevant documentation or guidelines for using the API to be able to retrieve the transaction history for your clients' exchange accounts.

We note that ▮▮▮▮▮▮▮▮▮▮ offers permissions configuration options for their API Keys that would ensure that Plaintiffs obtain only read-only access to transaction data. Other platforms may offer similar options.

Please let me know if you have any questions or would like to discuss further.

Best,

David


**David Isaak**
Partner

**Steptoe**

Steptoe LLP | 717 Texas Avenue Suite 2800 | Houston, TX 77002
+1 713 221 2352 direct | +1 713 858 9851 mobile | disaak@steptoe.com | www.steptoe.com | Steptoe Bio

---

**From:** White, Tina <tiwhite@steptoe.com>
**Sent:** Wednesday, November 20, 2024 4:44 PM

**To:** CRJPace@winston.com
**Cc:** Isaak, David <disaak@steptoe.com>; Stancil, Paul <pstancil@steptoe.com>; Stewart, Shontel <sstewart@steptoe.com>; Becerra, Michelle <mbecerra@steptoe.com>; Ramos, Christina <cramos@steptoe.com>
**Subject:** Case No. AU:24-cv-01219-RP; Mobile Med Work Health Solutions, Inc. et al v. Joshua Moore, et al

Dear Counsel,

Attached please find Plaintiffs' Second Set of Requests for Production.  Thank you,
**Tina White**
Legal Executive Assistant III

Steptoe

Steptoe LLP | 717 Texas Avenue Suite 2800 | Houston, TX 77002
+1 713 221 2328 direct | +1 832 277 7554 mobile | tiwhite@steptoe.com | www.steptoe.com