UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MOBILE MED WORK HEALTH SOLUTIONS, INC.;** **JLL VENTURES, INC.; and** **M-M WHS LLC,**<br><br>*Plaintiffs*<br><br>v.<br><br>**JOSHUA MOORE; CORY RODRIGUEZ; NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC,**<br><br>*Defendants* | §§§§§§§§§§§§§§§§§<br><br>CASE NO. AU:24-CV-01219-RP |

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY

The Court has considered Plaintiffs' Motion to Compel Discovery, and has determined that the Motion should be GRANTED.

It is therefore ORDERED Defendants will:

(1) By 5:00 P.M. CT on December 3, 2024, produce all of Defendants' cryptocurrency wallet information to Plaintiffs and certify in writing that Plaintiffs have received all relevant wallet identifications.

(2) By 5:00 P.M. on December 3, 2024, produce documents sufficient to show Defendants' transaction data—including but not limited to all trades, dates, amounts, and transaction IDs—for all Defendant-related transactions from November 15, 2021 to present on any cryptocurrency trading platform or exchange on which any Defendant has had an account;

(3) Produce Fernando Jaimes for a video deposition of up to seven hours as permitted by Fed. R. Civ. P. 30 on December 5, 6, or 9.

(4) Produce Defendant Joshua Moore for an additional two-hour video deposition before December 11.

IT IS SO ORDERED.

Signed this _____ day of _____, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE