UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MOBILE MED WORK HEALTH SOLUTIONS, INC.;** <br> **JLL VENTURES, INC.; and** <br> **M-M WHS LLC,** <br><br> *Plaintiffs* <br><br> v. <br><br> **JOSHUA MOORE; CORY RODRIGUEZ; NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC,** <br><br> *Defendants* | CASE NO. AU:24-CV-01219-RP |

### [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND

This matter comes before the Court on the Parties' Joint Motion to Extend Deadlines. The Court grants the Motion, and **ORDERS** that discovery and briefing shall proceed under the amended schedule set forth below:

| EVENT | DEADLINE |
|---|---|
| Deadline for both Parties to produce documents per the Court's order, Dkt. 51 | December 27, 2024 |
| Deadline for additional depositions, per the Court's order, Dkt. 51, to be completed remotely | January 15, 2025 |
| Deadline for Plaintiffs' Motion for Preliminary Injunction | January 24, 2025 |
| Deadline for Defendants' Response to Preliminary Injunction | February 14, 2025 |

| Deadline for Plaintiffs' Reply in Support of Preliminary Injunction | February 21, 2025 |

It is further **ORDERED** the Deadline for Defendants to answer or otherwise respond to the Complaint will be extended until 14 days after the resolution of the Defendants' Motion to Compel Arbitration.

SIGNED on this _____ day of December, 2024.

_____
HONORABLE ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE