```
                                                    FILED
                                               December 19, 2024
      UNITED STATES DISTRICT COURT          CLERK, U.S. DISTRICT COURT
       WESTERN DISTRICT OF TEXAS            WESTERN DISTRICT OF TEXAS
             AUSTIN DIVISION
                                          BY: _____Julie Golden_____
                                                     DEPUTY
```

| | |
|---|---|
| **MOBILE MED WORK HEALTH SOLUTIONS, INC.;** § § § § § § § § § § § § § § § § § § | |
| **JLL VENTURES, INC.;** and | |
| **M-M WHS LLC,** | |
| *Plaintiffs* | **CASE NO. AU:24-CV-01219-RP** |
| v. | |
| **JOSHUA MOORE; CORY RODRIGUEZ; NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION;** and **CRYPTOTECH HOLDINGS, LLC,** | |
| *Defendants* | |

## ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND

This matter comes before the Court on the Parties' Joint Motion to Extend Deadlines. The Court grants the Motion, and **ORDERS** that discovery and briefing shall proceed under the amended schedule set forth below:

| EVENT | DEADLINE |
|---|---|
| Deadline for both Parties to produce documents per the Court's order, Dkt. 51 | December 27, 2024 |
| Deadline for additional depositions, per the Court's order, Dkt. 51, to be completed remotely | January 15, 2025 |
| Deadline for Plaintiffs' Motion for Preliminary Injunction | January 24, 2025 |
| Deadline for Defendants' Response to Preliminary Injunction | February 14, 2025 |

| Deadline for Plaintiffs' Reply in Support of Preliminary Injunction | February 21, 2025 |
|---|---|

It is further **ORDERED** the Deadline for Defendants to answer or otherwise respond to the Complaint will be extended until 14 days after the resolution of the Defendants' Motion to Compel Arbitration.

SIGNED on this 19th day of December, 2024.

HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE