UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MOBILE MED WORK HEALTH SOLUTIONS, INC.; JLL VENTURES, INC.; and M-M WHS LLC, *Plaintiffs* v. JOSHUA MOORE; CORY RODRIGUEZ; NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC, *Defendants* | § § § § § § § § § § § § § § § § § | CASE NO. AU:24-CV-01219-RP |

## PLAINTIFFS' UNOPPOSED MOTION TO SUBMIT EXHIBITS IN NATIVE FORMAT

Plaintiffs Mobile Med Work Health Solutions, Inc., JLL Ventures, Inc., and M-M WHS LLC respectfully submit the following Unopposed Motion to File Exhibits in Native Format.

1. In the course of discovery, the Parties have produced multiple records in native Excel spreadsheet format. Some of these spreadsheets span thousands of rows.

2. Plaintiffs plan to attach some of these Excel spreadsheets as exhibits to their Motion for a Preliminary Injunction.

3. If Plaintiffs were to attach these spreadsheets as Exhibits in a PDF format, the Exhibits could span hundreds of pages, and would become unwieldy for the Court to navigate and analyze in its review of the Motion.

4.      Accordingly, Plaintiffs request the ability to submit the spreadsheet exhibits to the Court in their native format by providing these by USB or ShareFile link to the Court and opposing counsel, who is unopposed to this Motion.

## CONCLUSION

Plaintiffs respectfully request that this Court enter an Order granting this Unopposed Motion and permit Plaintiffs to submit exhibits in native format.

Date:  January 17, 2025               Respectfully submitted,

**STEPTOE LLP**

*/s/ David Isaak*
Hector R. Chavez
Texas State Bar No. 24078335
David Isaak
Texas State Bar No. 24012887
*Admitted Pro Hac Vice*
Paul Stancil
Texas State Bar No. 00797488
*Admitted Pro Hac Vice*
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Telephone (713) 221-2300
hchavez@steptoe.com
disaak@steptoe.com
pstancil@steptoe.com

Ashwin Ram
California State Bar No. 277513
*Admitted Pro Hac Vice*
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
aram@steptoe.com

-and-

**THE DURRANT LAW FIRM, APC**

John S. Durrant
California State Bar No. 217345
*Admitted Pro Hac Vice*
2337 Roscomare Rd., Suite 2180
Los Angeles, California 90077
Telephone: (424) 273-1962
john@durrantlawfirm.com

**COUNSEL FOR PLAINTIFFS MOBILE MED WORK HEALTH SOLUTIONS, INC.; JLL VENTURES, INC.; AND M-M WHS LLC**

## **CERTIFICATE OF CONFERENCE**

Pursuant to Western District of Texas Local Rule CV-7.G., I certify that the parties have conferred regarding Plaintiffs' request. Defendants are unopposed to this Motion.

                                    */s/ David Isaak*
                                    David Isaak

## **CERTIFICATE OF SERVICE**

I certify that on January 17, 2025, a true and correct copy of the foregoing document has been served on all counsel of record by electronic mail.

                                    */s/ David Isaak*
                                    David Isaak