UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MOBILE MED WORK HEALTH SOLUTIONS, INC.;** <br> **JLL VENTURES, INC.; and** <br> **M-M WHS LLC,** <br><br> *Plaintiffs* <br><br> **v.** <br><br> **JOSHUA MOORE; CORY RODRIGUEZ; NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC,** <br><br> *Defendants* | § § § § § § § § § § § § § § § § <br><br> **CASE NO. AU:24-CV-01219-RP** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBMIT EXHIBITS IN NATIVE FORMAT

This matter comes before the Court on Plaintiffs' Unopposed Motion to Submit Exhibits in Native Format. The Court grants the Motion, and **ORDERS** that Plaintiffs submit any spreadsheet Exhibits to its Motion for Preliminary Injunction to this Court through USB or ShareFile link.

SIGNED on this ____ day of January, 2025.

_____
HONORABLE ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE