UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MOBILE MED WORK HEALTH SOLUTIONS, INC.; JLL VENTURES, INC.; and M-M WHS LLC,<br><br>*Plaintiffs*<br><br>v.<br><br>JOSHUA MOORE; CORY RODRIGUEZ; NFN8 GROUP, INC.; NFN8 HOLDINGS, LLC; NFN8 CAPITAL, LLC; NFN8 MEDIA, LLC; NFN8 FOUNDATION; and CRYPTOTECH HOLDINGS, LLC,<br><br>*Defendants* | CASE NO. AU:24-CV-01219-RP |

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY

The Court has considered Plaintiffs' Motion to Compel Discovery, and has determined that the Motion should be GRANTED.

It is therefore ORDERED that within five days of this Order, Defendants will supplement their discovery responses as follows:

(1) To produce documents through and including December 2024 responsive to Plaintiffs' Request for Production No. 5, which seeks production of documents sufficient to identify and show cryptocurrency receipt, trading, and liquidation history on any Defendant-owned or Defendant-controlled cryptocurrency exchange or platform account.

(2) To produce financial records and bank statements through and including December 2024.

(3) To produce updated versions of Defendants' production of information related to Defendants' purchase, ownership, or control of cryptocurrency miners.

IT IS SO ORDERED.

Signed this _____ day of _____, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE